IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ORIGINAL FILED
JAN 1 1 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| RUSSELL GRANT, LAWRENCE W. FRYER, and LESLIE HASTINGS | § § § § § | |
| Plaintiff | § | |
| Vs. | § § | Civil No. SA-06-CA-1099-FB |
| GONZALES COUNTY, TEXAS, | § § § | Jury Demand |
| Defendant | | |

### DEFENDANT GONZALES COUNTY'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Gonzales County, Texas, a Defendant in the above entitled and numbered cause, and files this its Original Answer to Plaintiffs' Original Petition and in response thereto would respectfully show this Court as follows:

#### I. General Denial

1. Defendant, pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, would enter its general denial, denying each and every, all and singular, the material allegations contained in Plaintiffs' Original Petition, and would demand strict proof thereof by a preponderance of the evidence.

#### II. Specific Denials

2. Defendant Gonzales County would deny that it changed the polling place "quietly, with little fanfare or notice" as is alleged in ¶ 16 of Plaintiffs' Original Petition  Ample notice of the necessary change of polling place was made to the public. Due to an inadvertent error, Defendant Gonzales County did not seek preclearance of the polling change; however, Gonzales

County is currently in the process of meeting the requirements of the Voting Rights Act for the polling place change. Gonzales County avers that the change in polling place cannot be reasonably demonstrated to have contributed to the outcome of the election, and that the margin of loss suffered by Plaintiff Grant precludes relief in the form of any new election or the vacation of office of the winning candidate.

### III. Defenses

Sovereign Immunity

3. Gonzales County, Texas, a political subdivision of the State of Texas, asserts the doctrine of sovereign immunity.

### PRAYER

Wherefore, premises considered, Defendant Gonzales County prays that at the trial hereof, this Court deny the relief as requested by the Plaintiffs and that this Court Order that Plaintiffs pay the attorneys fees and costs incurred by Defendant Gonzales County in defending this action.

Respectfully submitted,

*Robert T. Bass* with permission by Eric Magee 24007585
Robert T. Bass
SBN: 01880400

Allison, Bass & Associates L.L.P.
A.O. Watson House
402 W. 12th Street
Austin, Texas  78701
(512) 482-0701 Phone
(512) 480-0902 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant Gonzales County's Original Answer to Plaintiffs' Original Complaint was this ___10th___ day of January, 2007 delivered to the following via certified mail, return receipt requested:

Max Renea Hicks         *via cmrrr: 7005 1820 0003 5292 6444*
Attorney at Law
1250 Norwood Tower
114 West 7th Street
Austin, Texas 78701

_Robert T. Bass_
Robert T. Bass

with permission
by Eric Magee
24007585