# Exhibit A

## ALLISON, BASS & ASSOCIATES, L.L.P.

*Attorneys at Law*

**JAMES P. ALLISON**
j.allison@allison-bass.com

**ROBERT T. BASS**
r.bass@allison-bass.com

**A. O. WATSON HOUSE**
**402 WEST 12TH STREET**
**AUSTIN, TEXAS 78701**
law@allison-bass.com
(512) 482-0701
FAX (512) 480-0902

**VANESSA A. GONZALEZ**
*Board Certified, Labor and Employment Law*
*Texas Board of Legal Specialization*
v.gonzalez@allison-bass.com

**J. ERIC MAGEE**
e.magee@allison-bass.com

**VIA FEDERAL EXPRESS**

Chief, Voting Section
Civil Rights Division
Room 7254 – NWB                      January 19, 2007
Department of Justice
1800 G St., N.W.
Washington, DC 20006

## GONZALES COUNTY, TEXAS

# Submission under Section 5 of the Voting Rights Act
## [52 FR 33409, September 3, 1987; 58 FR 51225, October 1, 1993]

## Submitting Authority:  Commissioners Court, Gonzales County, Texas

Submission for retroactive pre-clearance of the relocation of a single polling place due to unavailability of former polling place.

Prepared for Gonzales County, Texas by:

Allison, Bass & Associates, L.L.P.
A.O. Watson House
402 West 12th Street
Austin, Texas 78701
512/482-0701 Voice
512/480-0902 Fax
Responsible Attorney:          Robert T. 'Bob' Bass
E-mail:                        R.Bass@Allison-Bass.com

By: _____
        Robert T. 'Bob' Bass
        State Bar No. 01880400

**FOR INFORMATION REGARDING THIS
SUBMISSION, PLEASE CONTACT THE
ATTORNEY IDENTIFIED ABOVE**

# TABLE OF CONTENTS

I.      ORDERS EMBODYING A CHANGE AFFECTING VOTINGSTATEMENT OF CHANGE AND SUPPORTING DATA

II.     STATEMENT OF CHANGE AND SUPPORTING MAPS AND DATA

III.    SUBMITTING AUTHORITY, STATUTORY AUTHORITY AND PROCEDURES FOR CHANGE

IV.     OPERATIVE DATES FOR ADOPTION AND IMPLEMENTATION

V.      REASONS FOR CHANGE

VI.     ANTICIPATED EFFECT OF CHANGE ON RACIAL, ETHNIC OR LANGUAGE MINORITIES

VII.    PAST OR PENDING LITIGATION AFFECTING VOTING RIGHTS

VIII.   STATEMENT THAT PRIOR PRACTICE WAS PRECLEARED

IX.     SUPPORTING DOCUMENTS

# TAB I

I.

## ORDER RELOCATING POLLING PLACE

The Commissioners Court of Gonzales County, Texas submitted a redistricting plan for Commissioners and Justice Precincts in 2001 that provided for fifteen (15) polling places. Included among this number was the polling place for Voting Box #2, located at the American Legion Building, at 1620 Robertson Street, in the City of Gonzales, Texas. (See Tab VIII, and attached Exhibits.)

Shortly before the party primary, held in March of 2006, it was discovered that the American Legion Building would be unavailable for use as a polling place due to conflicting scheduled use of the building by the lessee of the premises. Utilizing the procedures provided by State law, the County Clerk relocated the polling place from the American Legion Building to the Emmanuel Fellowship Hall, located at 1817 S. Lawrence Street, in the City of Gonzales. (See Tab I, Exhibit A, attached hereto and incorporated herein by reference.) This relocation, however, through oversight or inadvertent omission, was not submitted to the Department of Justice for preclearance.

Subsequently, the Emmanuel Fellowship Hall voting location was utilized in the April 11, 2006 runoff as a consolidated polling place for two voting boxes, i.e. Voting Box 2 and Voting Box 11. (See Tab I, Exhibit B, attached hereto and incorporated herein by reference.) Again, through oversight or inadvertent omission, the consolidated polling place was not submitted for preclearance.

In November, the Emmanuel Fellowship Hall was used for the third time as a polling place for the November 7, 2006 General Election. (See Tab I, Exhibit C, attached hereto and incorporated herein by reference.) The use of the Emmanuel Fellowship Hall was not submitted for preclearance in the General Election of 2006.

On December 14, 2006, a lawsuit was filed by an unsuccessful candidate for the office of County Commissioner for Precinct 2, Russell Grant, and two other minority voters of the precinct, Lawrence W. Fryer and Leslie Hastings. Mr. Grant, Fryer, and Hastings sought to enjoin the swearing in of the successful candidate for the office of County Commissioner until the relocated polling place could be submitted to the Department of Justice and for such other relief as the Court might see fit to grant. (See Tab VII, attached hereto and incorporated herein by reference.)

On January 8, 2007, the Commissioners Court of Gonzales County, Texas, meeting in a regular session, took up for consideration the adoption of a formal order seeking relocation of the polling place from the American Legion Building to the Emmanuel Fellowship Hall as a permanent polling place for Voting Box #2, and for retroactive preclearance of the relocation. (See Tab I, Exhibit D, attached hereto and incorporated herein by reference.)

Attached as Exhibit D, and incorporated herein by reference, is a true and correct copy of the Order of January 8, 2007, adopting Emmanuel Fellowship Hall as the regular polling place for Voting Box #2 for all subsequent elections, and seeking preclearance of that change

prospectively and retroactively for the elections of March 7, 2006, April 11, 2006, and November 7, 2006.

This submission is made in order to obtain formal preclearance of the relocation of the polling place from the American Legion Building to the Emmanuel Fellowship Hall for all subsequent elections and for retroactive preclearance of the relocation for the March 7, 2006, April 11, 2006, and November 7, 2006 elections.

This submission does not alter any other previously existing and precleared polling places, or the boundaries of any previously existing and pre-cleared election, Commissioner or Justice of the Peace Precincts.

Attachments:

**Exhibit    A.    Evidence of prior use of relocated polling place for March 7, 2006 Primary election.**

1. Joint resolution for common polling places by Democratic and Republican Party Chairpersons and County Judge, December 12, 2005.

2. Public Notice of Common polling places, December 22, 2005.

3. Notice of Change of Location due to unavailability of former polling place. Notice posted at former polling place as required by §43.061 and §43.062, Texas Election Code, dated February 28 2006.

4. Official list of polling places used for March 7, 2006 primary election. Note change in Pct #2 from former polling place, American Legion, to new polling place, Emmanuel Fellowship.

5. Newspaper coverage of polling places, due to conflicting schedule with American Legion. Article dated March 3, 2006.

Exhibit B:   Evidence of prior use of relocated polling place for April 11, 2006 Runoff election.

1. Official list of polling places for April 11, 2006 runoff election.  Note consolidation of Pct. 2 and Pct. 11 at Emmanuel Fellowship.
2. Newspaper coverage of polling place for April 11, 2006 runoff election, dated April 11, 2006.

Exhibit C:  Evidence of prior use of relocated polling place for November 7, 2006 General election.

1. Official Notice of Polling places posted August 25 and October 10, 2006, with Emmanuel Fellowship identified as polling place for Precinct 2.

2. Newspaper Notice of General Election and polling places, identifying Emmanuel Fellowship as polling place for Precinct 2, published in October 10, 2006 newspaper.

3. Russell Grant campaign advertising notifying public of polling place at Emmanuel Fellowship, dated October 24, 2006.

4. Donnie Brzozowski campaign advertising notifying public of polling place at Emmanuel Fellowship, dated November 3, 2006.

5. Newspaper article, dated November 7, 2007, reporting high interest in campaigns, advising public of polling place locations, including Emmanuel Fellowship.

Exhibit D:  Order of January 8, 2007

1. Agenda for public meeting of January 8, 2007, posted January 3, 2007.  Note Item 2, related to formal relocation of polling place and submission for preclearance.

2. Order adopted January 8, 2007, making formal permanent relocation of polling place from American Legion to Emmanuel Fellowship, and authorizing submission for preclearance.

3. Minutes of January 8, 2007 meeting of Commissioners Court, reflecting adoption of Order of relocation and submission for preclearance.

# TAB A

**JOINT RESOLUTION AND STATISTICAL INFORMATION FOR JOINT PRIMARY**

**A. JOINT RESOLUTION**

      **WHEREAS,** the Democratic Party of Gonzales County, Texas, and the Republican Party of Gonzales County, Texas, desire to enter into a 2006 Joint Primary Election with the Gonzales County Clerk, as the County Election Officer.

      **AND WHEREAS,** the Commissioners Court of Gonzales County, Texas, desires to give authorization for said Joint Primary Election.

      **NOW THEREFORE BE IT RESOLVED BY THE COMMISSIONERS COURT OF GONZALES COUNTY, TEXAS, THAT:**

      Said Commissioners Court authorizes a Joint Election by and among , Joyce Jalufka, Democratic Party Chair, and Myrna McLeroy, Republican County Chair, and Lee Riedel, County Election Officer of Gonzales County, Texas, for the conduct and supervision of the Gonzales County Joint Primary Election on March 7, 2006, and the Gonzales County Joint Primary Runoff Election, if necessary, on March 21, 2006.

      **PASSED AND APPROVED, THIS 12TH DAY OF DECEMBER, 2005.**

Signature of County Judge

Signature of Commissioner, Precinct 1

Signature of Commissioner, Precinct 2

Signature of Commissioner, Precinct 3

Signature of Commissioner, Precinct 4

Gonzales County Democratic Party
By: _____, County Chair

Gonzales County Republican Party
By _____, County Chair

County Elections Official: By: _____, County Clerk

Gonzales County

Cow Country Courier Thursday, December 22, 2005 Page 1

## COW COUNTRY CLASSIFIEDS

## Joint Resolution and Statistical
## Information for Joint Primary

A. Joint resolution

WHEREAS, the Democratic Party of Gonzales County, Texas, and the Republican Party of Gonzales County, Texas, desire together into a 2006 joint primary election with the Gonzales County clerk as the county election officer.

AND WHEREAS, the commissioner's court of Gonzales County, Texas, desires to give authorization for said joint primary election.

Now therefore be it resolved by the commissioner's court of Gonzales County, Texas, that:

Said commissioner's court authorizes a joint election by and among Joyce Jaluka, Democratic party chair, and Myrna McLeroy, Republican county chair, and Lee Riedel, county election officer of Gonzales County, Texas, for the conduct and supervision of the Gonzales County joint primary election on March 7, 2006, and the Gonzales County joint primary runoff election, if necessary on March 21, 2006.

Passed and approved, this 12th day of December, 2005.

David Bird
County Judge

# Publisher's Affidavit

THE STATE OF TEXAS, county of Gonzales, before me, the undersigned authority, on this day personally appeared Wendle Scott, publisher, or Elaine May, assistant editor, of the COW COUNTRY COURIER, a newspaper published at Nixon, county of Gonzales and state of Texas, who being by me duly sworn on oath, stated that the advertisement of which the hereto attached clipping is a true and correct copy, was published in said newspaper in _one (1)_ issue(s) thereof on the following dates: _Thursday, December 22, 2005_ .

_Elaine May_
Publisher/Assistant Editor

Subscribed and sworn to before me, this the _10_ day of _January_, 2006.

_Dixell H. Wheat_
Notary Public, State of Texas

DIXELL H. WHEAT
Notary Public
State of Texas
My Comm. Exp. 08-04-2009

# NOTICE OF CHANGE OF LOCATION
# FOR VOTING PRECINCT #2

**Notice is hereby given to the registered voters of Precinct #2 that this precinct voting site has been changed from the American Legion Building to the <u>Emmanual Fellowship, 1817 St. Lawrence Street, Gonzales, Texas</u> for voting in the March 7, 2006 Primary Election. Voting will be conducted from 7:00 a.m. until 7:00 p.m.**

*David Buch*
_____
**Signature of County Judge**

*28 Feb 06*
_____
**Date**

*Constable Hedwick
Posted @ American
Legion 2/28/06
pm*