## GONZALES COUNTY

## WHERE TO VOTE ON ELECTION DAY.....MARCH 7, 2006
### (7:00 a.m. to 7:00 p.m.)

| Pct.# | Location |
|---|---|
| 1 | Courthouse 414 St Joseph St., Gonzales |
| 2 | American Legion Bldg. 1620 Robertson, Gonzales  MOVED TO EMMANUEL FELLOWSHIP 1817 St Lawrence Gonzales |
| 3 | City Building  820 St. Joseph, Gonzales |
| 4 | City Building  100 W 3rd St., Nixon |
| 5 | Community Center Hwy 90A West, Belmont |
| 6 | Livestock Commission Co. 1924 US Hwy 87 E, Nixon |
| 7 | Texas Elks Foundation FM 1586, Ottine |
| 8 | Community Center Hwy 90, ~~Waelder~~ Harwood |
| 9 | City Building Hwy 90, Waelder |
| 10 | Community Center 401 Billings, Smiley — |
| 11 | Peach Valley Camp CR 357, Dilworth |
| 12 | Riverside Center Water St & St Lawrence, Gonzales — |
| 13 | Oak Valley Baptist Church 6242 Hwy 97 W, Gonzalse — |
| 14 | Community Center FM 2067, Cheapside |
| 15 | GVTC Co-op Building FM 466 & St Hwy 97, Cost |

PCT #2 moved to Emmanuel Fellowship due to conflicting schedule at American Legion

# The Gonzales Inquirer

75¢

Established 1853

VOL. 152 NO. 85

GONZALES, TEXAS: HOME OF ROBERT McCAULEY

www.gonzales-inquirer.com

FRIDAY, MARCH 3, 2006

OUR 152nd YEAR

## Area Briefs

Stop scheduling conflicts! Get involved—and get your events listed with the Community Events Calendar. Call the Gonzales Chamber of Commerce Office at 672-6532.

**Bake sale at Wells Fargo to benefit Relay For Life**

A bake sale will be held from 9 a.m. to 4 p.m. Friday, March 3, at Wells Fargo Bank. "Everyone is invited to come and enjoy all the baked goods our team has cooked up for the Relay for Life fundraiser," a Wells Fargo representative said. "Help us make a difference in our support for cancer research and for survivors and victims alike."

**American National Bank having bake sale Friday**

American National Bank will having a bake sale Friday, March 3, starting at 9 a.m. All proceeds will go to the Relay For Life/American Cancer Society. "Come get your cakes for the stock show," said a representative of the bank.

**Full Gospel Church having garage sale on Saturday**

Full Gospel Church will have a garage sale from 8 a.m. to 4 p.m. Saturday, March 4, at 1426 Fisher Street. They'll be selling barbecue pits, furniture, baked goods, clothes, shoes, purses, dishes and many other items.

**Encouraging Word Church having bake sale in Nixon**

Encouraging Word Christian Fellowship Church of Leesville will have a bake sale Saturday morning, March 4, in front of Super S in

## 4-H, FFA members show their projects

Gonzales County 4-H and FFA members will be exhibiting their projects at the annual Livestock Show this Thursday, Friday and Saturday, March 2-4, at the J.B. Wells Park Show Barn.

Activities will get under way Thursday evening when the first animals are scheduled to arrive at 6 o'clock. Goats, heifers, lambs, steers and commercial heifers are to arrive at the park between 6 and 9 p.m. Thursday.

Arrival time for rabbits and swine is 7 to 9 p.m. Friday. Poultry exhibits are due to arrive between 7 and 8 a.m. Saturday, and baked goods are scheduled to arrive at the show barn between 7:30 and 9:30 a.m. Saturday.

Judging is scheduled to start at 9:30 a.m. Friday when steers are lined up to be brought into the show ring. Heifers are to be judged starting 10 minutes after the conclusion of the steer judging.

Commercial heifer judging is scheduled to start at 1 p.m. Friday and lamb judging will begin at 2:30 p.m. Goat judging will start 10 minutes after the conclusion of lamb judging.

Swine judging will start at 8 a.m. Saturday, and baked goods judging is set to begin at 10 a.m. Saturday. Rabbits are to be judged at noon Saturday, and the judging of poultry will start 10 minutes after the conclusion of the rabbit judging.

The commercial heifer sale is scheduled for 6:30 p.m. Friday.

Baked goods results are to be posted by 3 p.m. Saturday, and the silent auction of baked goods will start at 3 p.m. and end at 6 p.m. Saturday.

The sale of market animals will get under way at 6 p.m. Saturday. Buyers are asked to sign up before the sale begins; registration of buyers will begin at 3 o'clock Saturday afternoon.

## Early voting for primary ending today

Early voting ends today (Friday, March 3) in the March 7 primary election.

With two days remaining to cast early ballots, 277 had voted early by personal appearance in the Democratic primary and 172 in the Republican primary in Gonzales County.

The turnout through Wednesday, March 1, included 117 Democrats and 147 Republicans who voted early at the county clerk's office, 54 Democrats and 10 Republicans who voted in the Municipal Building in Nixon, and 106 Democrats and 15 Republicans who voted at the Municipal Building in Waelder.

Besides the early votes by personal appearance, mail ballots were sent out to 125 Democrats and 67 Republicans. The ballots have yet to be returned by 108 Democrats and 32 Republicans.

Although early voting ends Friday, March 3, mail ballots are accepted until the day of the

See Primary, Page 3



Interesting visitors — Linemen from the Guadalupe Valley Electric Cooperative recently gave a presentation demonstrating their skills as part of Community Helpers Week at East Avenue Primary School. GVEC lineman Wes Tricky flowing to homes, schools and businesses. While Ramirez puts on equipment to go up in the bucket truck, Caldwell demonstrates how much some of a lineman's protective gear weights by putting leather sleeves on a

Case 5:06-cv-01099-FB Document 10-2 Filed 01/22/07 Page 5 of 16

# More News

## From Page 1

## Primary to be held Tuesday

election, Tuesday, March 7.

This year's primary is a combined election with voters of both parties casting their ballots at the same locations.

There has been one change in a previously announced list of the polling places. For those living in Voting Precinct 2, the polling place has been moved from the American Legion Hall to the Emmanuel Fellowship Church at 1817 St. Lawrence Street. County officials said the change was made due to a conflicting schedule at the American Legion.

Other polling locations for election day are:

Precinct 1 — Gonzales County Courthouse, 414 St.

Joseph Street;

Precinct 3 — Municipal Building, 820 St. Joseph Street;

Precinct 4 — Municipal Building, 100 W. Third Street, Nixon;

Precinct 5 — Belmont Community Center, Highway 90A West, Belmont;

Precinct 6 — Nixon Livestock Commission Co., 1924 Highway 87 East, Nixon;

Precinct 7 — Texas Elks Foundation, Farm Road 1586. Otine;

Precinct 8 — Harwood Community Center, Highway 90, Harwood;

Precinct 9 — Municipal Building, Highway 90, Waelder;

Precinct 10 — Smiley

Community Center, 401 Billings Street, Smiley;

Precinct 11 — Peach Valley Camp, County Road 357, Dilworth;

Precinct 12 — Riverside Center, Water and St. Lawrence streets, Gonzales;

Precinct 13 — Oak Valley Baptist Church, 6242 Highway 97 West, Gonzales;

Precinct 14 — Community Center, Farm Road 2067, Cheapside;

Precinct 15 — Guadalupe Valley Telephone Co-op Building, Farm Road 466 and State Highway 97, Cost.

Voting locations will be open from 7 a.m. to 7 p.m. Tuesday, March 7.

## Obituaries

### Manuel Gaytan

Manuel Gaytan, 82, of Bartlett, passed away Monday, February 27, 2006 at Will-O-Bell Nursing Home in Bartlett.

He was born in Mexico on March 6, 1923 to Rito and Ramona (Sosa)

where he had many special friends and teachers. Morgan was a member of the First Lutheran Church in Gonzales.

Morgan is survived by his parents and older sister, Emma Kate (Katy) of Devine; paternal grand-



---

## Around the Chamber Office

### By Barbara Hand

## Wagon wheels getting around

Hugh Shelton of First Shot Photo had three chuckwagons at the San Antonio Livestock Show, and he'll have 50 wagon wheels on floats at Mardi Gras this week in New Orleans. They are getting around — please forgive that joke.

The Gonzales 4-H/FFA Livestock Show will be held March 2-4 at the J.B. Wells Park Show Barn, with the sale of market animals set for 6 p.m. Saturday, March 4. All buyers must be registered before the sale starts. Those who wish to make a donation to the sale may bring their money by the chamber office. Memberships to the stock show association are being accepted for $10 per person at the chamber office.

We hope you found the stock show information in your chamber newsletter last week. Any member business is welcome to have an insert in the newsletter which is published four times a year. Cost of the insert is $25.

Victoria College will hold a seven-week commercial truck-driving program in March. For more information, call 361-582-2590.

Washington on the Brazos will celebrate the 170th anniversary of the signing of the Texas Declaration of Independence with a two-day festival March 4-5 at the state historic park there. Events will be held from 10 a.m. to 5 p.m. both days.

There will be costumed re-enactors, period craft demonstrations, music and black-powder gun salutes by the Texas Army. There will be exhibits of handwritten documents pertaining to the declaration of Texas as a republic as well as other historic documents.

Events at J.B. Wells Park include the livestock show and the Texas Youth Rodeo Association which will be held Friday through Sunday at Gonzales Arena.

## Burchard to speak to Alamo group

Bob Burchard, chairman of the Gonzales County Historical Commission, has been invited to address the Alamo Defenders

hearing about Gonzales and are learning of the significant role played by our first citizens in Texas history. This opportunity

their annual meeting is proof that we are being noticed and that the efforts to promote and publicize the history of

# TAB B

## GONZALES COUNTY

### WHERE TO VOTE ON ELECTION DAY.....APRIL 11,2006
(7:00 a.m. to 7:00 p.m.)

| Pct.# | Location |
|---|---|
| 1-14 & 15 | Courthouse 414 St Joseph St, Gonzales |
| 2 & 11 | Emmanuel Fellowship, 1817 St Lawrence St Gonzales |
| 3-5-7 & 8 | City Building, 820 St Joseph, Gonzales |
| 4-6-10 & 13 | City Building, 100 W 3rd St, Nixon |
| 9 | City Building, Hwy 90, Waelder |
| 12 | Riverside Community Center, Water St & St Lawrence, Gonzales |



### Plans for park

**Noon Lions discuss options for improvements to be made at Lions Park on East Avenue**



### Nursing class

**Gonzales High students going to Care Inn for nurses' aide training**

# ...nzales Inquirer



COME AND TAKE IT

www.gonzalesinquirer.com

...APRIL 11, 2006

OUR 152nd YEAR



...ren and parents line up Saturday morning outside the fence at Lions Park on East ...for the Easter Egg Hunt sponsored by the Gonzales Chamber of Commerce.

# Light turnout seen at polling places in primary runoff

Texas voters, including those in Gonzales County, will go to the polls today (Tuesday, April 11) for the primary election runoff.

With no local races on the runoff ballot of either party, voter turnout is expected to be extremely light in Gonzales County.

Democrats will pick their nominees for two statewide positions. The contest that has received the most attention is between attorney Barbara Radnofsky, 49, of Houston and retired military serviceman Gene Kelly, 79, of Universal City, for the nomination to take on incumbent U.S. Sen. Kay Bailey Hutchison in the November general election.

Although Radnofsky led the balloting in the first round of the primary, she lacked the majority needed to avoid a runoff. Her opponent, Kelly, is a veteran of numerous unsuccessful races for statewide office. Critics contend Kelly, who doesn't actively campaign or advertise, receives numerous votes because he has the same name as the entertainer who starred in "Singin' in the Rain," "An American in Paris" and other movies.

Also on the ballot for Democrats is a runoff between Benjamin Z. Grant and Maria Luisa Alvarado for the nomination for lieutenant governor. The winner will face Republican incumbent David Dewhurst in November.

The only runoff on the Republican ballot is between Terry Keel and Charles Holcomb for judge, Court of Appeals, Place 8.

Early voting in the primary runoffs ended Friday, April 7, and during the week-long early voting period, only 39 voters cast their ballots by personal appearance in Gonzales County. Of the 39 voters, 28 voted in the Democrats' runoff and 11 voted in the Republican runoff. The Democrats included 24 who voted at the county clerk's office in Gonzales, three at the Municipal Building in Waelder and one at the Municipal Building in Nixon. The Republican turnout included 10 at the county clerk's office and one in Nixon.

Election officials sent out 150 mail ballots to Democrats and 24 to Republicans. Through

See Voters, Page 3



It took the children less than 15 minutes to find all the eggs distributed Saturday morn-...Hand, executive director of the Gonzales Chamber of Commerce, sponsor of the annu-...Chamber prepared approximately 3,000 eggs (plastic eggs filled with candy) while

# Police nab suspect

# More News

**The Gonzales Inquirer**
Tuesday, April 11, 2006 ■ Page 3

## From Page 1
# Voters going to polls in runoff today

Friday, April 7, Democrats had returned 34 mail ballots and 116 were still out.

Republicans had returned nine mail ballots and 15 were still out. Mail ballots are accepted until the day of the election.

Polls will be open from 7 a.m. to 7 p.m. today at six locations. The consolidated voting locations are as follows:

Voting precincts 1, 14 and 15 — Gonzales County Courthouse, 414 St. Joseph Street, Gonzales;

Precincts 2 and 11 — Emmanuel Fellowship Church, 1817 St. Lawrence Street, Gonzales;

Precincts 3, 5, 7 and 8 — Municipal Building (City Hall), 820 St. Joseph Street, Gonzales;

Precincts 4, 6, 10 and 13 — Municipal Building, 100 W. Third Street, Nixon;

Precinct 9 — Municipal Building, U.S. Highway 90, Waelder;

Precinct 12 — Riverside Community Center, Water and St. Lawrence streets, Gonzales.

\*\*\*\*\*

# Police Report

### Cont'd. from Page 1

Jesus Ernest Maldonado is accused of kidnapping a 27-year-old woman described by police as his girlfriend. Maldonado also has been charged with tampering with a government document. Police said that when shown the warrant Maldonado grabbed it away from the officer and tore it up.

Shawn Roller, 26, of Gonzales, was arrested April 5 in the 1800 block of Highway 90A on a

charge of possession of drug paraphernalia.

Tammi Michelle Moseley, 38, of Luling, was arrested April 7 in the 200 block of St. Louis Street on a charge of possession of drug paraphernalia.

During the week of April 2-9, the Gonzales Police Department received 316 calls for service. Officers were dispatched to four assaults, six burglaries, 27 disturbances and 18 calls to assist other law enforcement agencies.

## From Page 1
# Council appoints several to city boards

"I think it's a great project," Councilman Russell Grant said, adding that the partners developing the project are to be "commended and thanked for locating in Gonzales."

"It's something our community needs. There's no doubt," Mayor Bobby O'Neal said.

On a motion made by Councilman Bobby Logan and seconded by Grant, the council voted unanimously to approve the preliminary plat.

In other action at its April 4 meeting, the City Council:

• Granted conditional approval to a license agreement with Mr. and Mrs. David Cantrell who are buying a house that extends into an unnamed, undeveloped and unopened but platted city street. Granting of the license, which was described as necessary for the Cantrells to obtain financing for the house, will permit the house to extend 16 feet into city-

while also protecting the city's interests. "I think we need to get to a point where we protect both entities," Hendershot said.

Attorney Bob Burchard, representing the Cantrells, said it was unlikely the city would ever open the street because of its close proximity to Wolf Lane which becomes a county road beyond the city limits.

Hendershot suggested inserting a clause in the license agreement that would require the Cantrells to give the city an equivalent amount of land if the unnamed street was ever opened, and Burchard said that

could be done.

• Tabled until the council's May meeting the appointment of a Tourism Committee to have five voting members and be chaired by the city's economic development director. City Manager Buddy Drake said the council will be provided with a list of names of individuals willing to serve on the committee.

• Appointed Bob Burchard to replace George Ara who recently resigned as chairman of the city's Beautification Panel;

• Appointed Dorothy Gossett and Rufus King III to the board of the Housing Authority.

**Defensive Driving Classes**

Ticket Dismissal • Insurance Discount

First and third Saturday of every month

8 a.m. - 2:30 p.m. • Walk-Ins Welcome • Fee - $30

# TAB C

PRESCRIBED by Secretary of State
Sections 3.004, 3.006, 85.004, Texas Election Code
8/2004

## ORDER OF GENERAL ELECTION
## (ORDEN DE ELECCION GENERAL)

An election is hereby ordered to be held on ____November 7,_____, 2006 , in ____Gonzales_____
                                                          (date)

County, Texas for the purpose of electing the following county and precinct officers as required by Article XVI,

Section 65 of the Texas Constitution.

*(Por la presente se ordena que se lleve a cabo una elección el día _____7_____ de noviembre,*
*20 06 , en el Condado de ____Gonzalez_____, Texas, con el propósito de elegir los siguientes oficiales del*
*condado y del precinto como requerido por el Artículo XVI, Sección 65, de la Constitución de Texas.)*

**(List Offices)** *(Enúmere los puestos oficiales)*

| | | |
|---|---|---|
| County Judge | County Clerk | Justice of the Peace, Precinct #1 |
| Commissioner Precinct #2 | County Treasurer | Justice of the Peace, Precinct #3 |
| Commissioner Precinct #4 | County Surveyor | Justice of the Peace, Precinct #4 |
| District Clerk | | |

Early voting by personal appearance will be conducted each weekday at:
*(La votación adelantada en persona se llevará a cabo de lunes a viernes en:)*

| | | |
|---|---|---|
| Courthouse Annex Building | City Building | City Building |
| 1709 Sarah DeWitt Dr, Gonzales | 100 w. 3rd, Nixon | Hwy 90, Waelder |

(location) (sitio)

Recommended but not required

between the hours of _8:00_ a.m. and _5:00_ p.m. beginning on _October 23, 2006_
                                                                              (date)

*(entre las _8:00_ de la mañana y las _5:00_ de la tarde empezando el _23 octubre 2006_ )*
                                                                                        *(fecha)*
and ending on _November 3, 2006_ *(y terminando el) _3 noviembre 2006_*
                    (date)                                         *(fecha)*

Applications for ballot by mail shall be mailed to:
*(Las solicitudes para boletas que se votarán adelantada por correo deberán enviarse a:)*

Gonzales County Clerk
**(Name of Early Voting Clerk)**
*(Nombre del Secretario de la Votación Adelantada)*

P. O. Box 77
**(Address)** *(Dirección)*

Gonzales, Texas                78629
**(City)** *(Ciudad)*             **(Zip Code)** *(Zona Postal)*

Applications for ballots by mail must be received no later than the close of business on: October 31, 2006
*(Las solicitudes para boletas que se votarán adelantada por correo deberán recibirse para el fin de las horas de negocio el:)*

31 octubre 2006
**(date)** *(fecha)*

Issued this the _24_ day of _____August_____, 20 06 .

*(Emitada este día _24_ de _____agostos_____, 20 06 .)*

POSTED

AUG 2 5 2006

9:05 AM

LEE RIEDEL
COUNTY CLERK, GONZALES COUNTY TEXAS
BY _____ DEPUTY

Signature of County Judge *(Firma del Juez del Condado)*

**THE ORIGINAL WAS**

# THE ORIGINAL WAS

**NOTICE OF GENERAL ELECTION**
**(AVISO DE ELECCION GENERAL.)**

To the registered voters of the County of ___ Gonzales ___, Texas:

*(a los votantes registrados del Condado de ___ Gonzalez ___, Texas:*

Notice is hereby given that the polling places listed below will be open from 7:00 a.m. to 7:00 p.m., November **7**, 20 **06**, for voting in a general election to elect (presidential electors, if applicable), Members of Congress, Members of the Legislature, and state, district, county, and precinct officers;

*(Notifíquese, por las presente, que las casillas electorales citadas abajo se abrirán desde las 7:00 a.m. hasta las 7:00 p.m. el __7__ de noviembre de 20 __06__ para votar en la Elección General para elegir (electores presidenciales, si es aplicable), Miembros del Congreso, Miembros de la Legislatura, y oficiales del estado, distrito, condado y del precinto*

**LOCATION(S) OF POLLING PLACES**
*(DIRECCION(ES) DE LAS CASILLAS ELECTORALES)*

   See Attached List

Early voting by personal appearance will be conducted each weekday at:
*(La votación adelantada en persona se llevará a cabo de lunes a viernes en:)*

| | | |
|---|---|---|
| Courthouse Annex Building | City Building | City Building |
| 1709 Sarah DeWitt Dr., Gonzales | 100 W. 3rd, Nixon | Hwy 90, Waelder |

(location) (sitio)

Recommended but not required

between the hours of **8:00** a.m. and **5:00** p.m. beginning on *(entre las* **8:00** *de la mañana y las* **5:00** *de la tarde empezando el* October 23, 2006 ___ 23 octubre 2006
(date) (fecha)

and ending on *(y terminando el)* November 3, 2006 ___ 3 noviembre 2006
.(date) (fecha)

Applications for ballot by mail shall be mailed to:
*(Las solicitudes para boletas que se votarán adelantada por correo deberán enviarse a:)*

   Gonzales County Clerk
   (Name of Early Voting Clerk)
   *(Nombre del Secretario de la Votación Adelantada)*

   P. O. Box 77

   (Address) *(Dirección)*

   Gonzales, Texas   78629

   (City) *(Ciudad)*         (Zip Code) *(Zona Postal)*

Applications for ballots by mail must be received no later than the close of business on:   October 31, 2006
*(Las solicitudes para boletas que se votarán adelantada por correo deberán recibirse para el fin de las horas de negocio el:)*

   31 octubre 2006
   (date)   *(fecha)*

Issued this the __16__ day of __Oct__, 20 __06__
*(Emitida este día* __6th__ *de* __octubre__, 20 __006__ *)*

_____
Signature of County Judge *(Firma del Juez del Condado)*

POSTED

OCT 1 0 2006
4:25 p.m.

LEE RIEDEL
COUNTY CLERK, GONZALES COUNTY TEXAS
BY _____ DEPUTY

**THE ORIGINAL WAS**

### GONZALES COUNTY

### WHERE TO VOTE ON ELECTION DAY...NOVEMBER 7,2006
(7:00 a.m. to 7:00 p.m.)

| Pct.# | Location |
|---|---|
| 1 | Courthouse 414 St Joseph St, Gonzales |
| 2 | Emmanuel Fellowship 1817 St Lawrence  St Gonzales |
| 3 | City Building, 820 St Joseph, Gonzales |
| 4 | City Building, 100 W 3rd St, Nixon |
| 5 | Belmont Community Center (Methodist Church) 14335 Hwy 90A W, Belmont |
| 6 | Nixon Livestock Commission, 1924 US Hwy 87 N Nixon |
| 7 | Texas Elks Children's Services (Elks Hospital) 1963 FM 1586, Ottine |
| 8 | Harwood Community Center, 101 CR 230 N, Harwood |
| 9 | City Building, 300 Hwy 90 W, Waelder |
| 10 | Smiley Community Center, 401 Billings, Smiley |
| 11 | Peach Valley Youth Camp, 581 CR 357, Gonzales |
| 12 | Riverside Community Center, 1110 St Lawrence, Gonzales |
| 13 | Oak Valley Baptist Church, 6242 Hwy 97 W, Gonzales |
| 14 | Cheapside Community Center, 18 CR 297A, Cheapside |
| 15 | Guadalupe Valley Telephone Co-op, 67 FM 466 S, Cost |

Pct #2 is relocated to Emmanuel Fellowship due to conflict of use of American Legion Hall.

POSTED

OCT 1 0 2006
4:25pm
LEE RIEDEL
COUNTY CLERK, GONZALES COUNTY TEXAS
BY

**The Gonzales Inquirer**

www.gonzalesinquirer.com

Page 10 ■ Tuesday, October 10, 2006



**Cla**

Legals

## NOTICE OF GENERAL ELECTION
### (AVISO DE ELECCION GENERAL)

To the registered voters of the County of Gonzales, Texas:
(a los votantes registrados del Condado de Gonzales, Texas:)

Notice is hereby given that the polling places listed below will be open from 7:00 a.m. to 7:00 p.m., November 7, 2006, for voting in a general election to elect (presidential electors, if applicable), Members of Congress, Members of the Legislature, and state, district, county, and precinct officers:
(Notifiquese, por las presente, que las casillas electorales sitados abajo se abriran desde las 7:00 a.m. hast las 7:00 p.m. el 7 de noviembre de 2006 para votar en la Eleccion General para elegir (electores presidenciales, si es aplicable), Miembros del Congreso, Miembros de la Legislatura, y oficiales del estado, distrito, condado y del precinto)

### LOCATION(S) OF POLLING PLACES
#### (DIRECCION(ES) DE LAS CASILLAS ELECTORALES)

### GONZALES COUNTY
#### WHERE TO VOTE ON ELECTION DAY, NOVEMBER 7, 2006
(7:00 a.m. to 7:00 p.m.)

| Pct.# | Location |
|---|---|
| 1 | Courthouse, 414 St. Joseph St., Gonzales |
| 2 | Emmanuel Fellowship, 1817 St. Lawrence St., Gonzales |
| 3 | City Building, 820 St. Joseph, Gonzales |
| 4 | City Building, 100 W. 3rd St., Nixon |
| 5 | Belmont Community Center (Methodist Church) 14335 Hwy. 90A W, Belmont |
| 6 | Nixon Livestock Commission, 1924 US Hwy 87 N, Nixon |
| 7 | Texas Elks Children's Services (Elks Hospital) 1963 FM 1586, Ottine |
| 8 | Harwood Community Center, 101 CR 230 N, Harwood |
| 9 | City Building, 300 Hwy. 90W, Waelder |
| 10 | Smiley Community Center, 401 Billings, Smiley |
| 11 | Peach Valley Youth Camp, 581 CR 357, Gonzales |
| 12 | Riverside Community Center, 1110 St. Lawrence, Gonzales |
| 13 | Oak Valley Baptist Church, 6242 Hwy 97 W, Gonzales |
| 14 | Cheapside Community Center, 18 CR 297A, Cheapside |
| 15 | Guadalupe Valley Telephone Co-op, 67 FM 466 S, Cost |

Pct. #2 is relocated to Emmanuel Fellowship due to conflict of use of American Legion Hall.

Early voting by personal appearance will be conducted each weekday at:
(La votacion adelantada en persona se llevara a cabo de lunes a viernes en:)
Courthouse Annex Building, 1709 Sarah DeWitt Dr., Gonzales
City Building, 100W 3rd, Nixon
City Building, Hwy 90, Waelder
between the hours of 8:00 a.m. and 5:00 p.m. beginning on (entre las 8:00 de la manana y las 5:00 de la tarde empezando el October 23, 2006  (23 octubre 2006) and ending on (y terminando el) November 3, 2006  (3 noviembre 2006).
Applications for ballot by mail shall be mailed to:
(Las solicitudes para boletas que se votaran adelantada por correo deberan enviarse a:)
Gonzales County Clerk, P.O. Box 77, Gonzales, Texas 78629.
Applications for ballots by mail must be received no later than the close of business on:
October 31, 2006.
(Las solicitudes para boletas que se votaran adelantada por correo deberaran recibirse para el fin de las horas de negocia el:) 31 octubre 2006.

Issued this the 6 day of Oct, 2006.
(Emitida este dia 6th de octubre, 2006)

David Bird
Signature of County Judge (Firma del Juez del Condado)