01/12/2007  10:16  Case 5:06-cv-01099-FB  Document 10-5  Filed 01/22/07  Page 2 of 21
DARRYL BECKER J.P. PCT#1 → 15124800902                    NO.696    P03

JAN-08-2007 11:01AM  FROM-GONZALES COUNTY CLERK          +0006722696        T-527  P.001/003  F-159

REGULAR SESSION

January  08, 2007

THE STATE OF TEXAS
COUNTY OF GONZALES

BE IT REMEMBERED that on this 08th day of January  , 2007, the
Commissioner's Court of Gonzales County, Texas, was fully convened in
the City of Gonzales, with the following members of said court being
present, to-wit:

| | |
|---|---|
| David Bird, | County Judge, Presiding, |
| K. O. "Dell" Whiddon, | Commissioner, Precinct #1, |
| Donnie R. Brzozowski, | Commissioner, Precinct #2, |
| Kevin T. LaFleur, | Commissioner, Precinct #3, |
| Otis "Bud" Wuest, | Commissioner, Precinct #4, |
| Lea Riedel, | County Clerk, |

and the court having been opened in due form, the following
proceedings were had, to-wit:

- - - - - - -

Minutes of the December 21st  Regular Meeting and January 2nd
Called Meeting, were approved, as submitted.

- - - - - - -

Motion was made by Commissioner Wuest, seconded by Commissioner
Whiddon, to approve relocation of polling place in Election Precinct
#2 (Voting Box #2) from the American Legion Building located at 1620
Robertson Street Gonzales, Texas to Emmanuel Fellowship Hall, located
at 1817 St. Lawrence, Gonzales, Texas. This relocation will be
a permanent polling place change and will serve all subsequent
elections utilizing Election Precinct #2.  The Commissioners Court
authorize submission of this change in voting procedures to United
States Department of Justice, in conformity with the Voting Rights Act
of 1965.
Motion was approved unanimously.

- - - - - - - - - - - -

Motion was made by Commissioner Whiddon, seconded by Commissioner
LaFleur, to approve oaths and bonds for David Bird, County Judge;
Sandra Baker, District Clerk; Lee Riedel, County Clerk; Sheryl
Barborak, County Treasurer; Stephen O. Pirkle. Jr., County Surveyor;
Donnie R. Brzozowski, Commissioner Pct #2; Darryl J. Becker, Justice
of the Peace-Pct #1; Eulogio Melchor, Justice of the Peace-Pct #3; Don
Setliff, Justice of the Peace-Pct #4, as submitted.
Motion was approved unanimously.

- - - - - - - - -

    Motion was made by Commissioner Wuest, seconded by Commissioner Whiddon, to approve payment of county officials on a salaried basis.
    Motion was approved unanimously.

- - - - - - - - -

    Motion was made by Judge Bird, seconded by Commissioner LaFleur, to appoint John Wicke, Jr. and Ernest Cobbler to the Gonzales County Emergency Services Fire District #1 for a two year term.
    Motion was approved unanimously.

- - - - - - - - -

    Motion was made by Commissioner Wuest, seconded by Commissioner LaFleur, to designate Bob Burchard as chairperson and list as submitted to membership - Gonzales County Historical Commission for a two year term.
    Motion was approved unanimously.

- - - - - - - - -

    Motion was made by Commissioner Whiddon, seconded by Commissioner LaFleur, to approve renewal of Public Officials Liability and Law Enforcement Liability insurance with TAC, as requested.
    Motion was approved unanimously.

- - - - - - - - -

    Motion was made by Commissioner Wuest, seconded by Commissioner Whiddon, to approve contract with Community Action Committee of Victoria for use of space in the county courthouse, as requested.
    Motion was approved unanimously.

- - - - - - - - -

No Budget amendments were presented.

- - - - - - - - -

Public comments were received.

- - - - - - - - -

    Motion was made by Commissioner Wuest, seconded by Commissioner Whiddon, to pay approved bills.
    Motion was approved unanimously.

- - - - - - - - -

    Motion was made by Commissioner LaFleur, seconded by Commissioner Whiddon, to adjourn.
    Motion was approved unanimously.

- - - - - - - - -

01/12/2007    10:16    DARRYL BECKER J.P. PCT#1 → 15124800902    Case 5:06-cv-01099-FB    Document 10-5    Filed 01/22/07    Page 4 of 21    NO.696    P05

JAN-08-2007 11:32AM    FROM-GONZALES COUNTY CLERK    +8306722838    T-527    P.008/003    F-158

There being no further business to come before the court, court was adjourned on this the 8th day of January , 2007.

_____
                        County Judge

ATTEST _____
          County Clerk

# TAB II

## II.
## STATEMENT OF CHANGE AND SUPPORTING MAPS AND DATA

This submission covers the following modifications to existing and previously precleared polling places:

1.  As set forth in the attached Order (Tab I, Exhibit D), and pursuant to §43.002 of the Texas Election Code, the Commissioners Court has determined that the interests of justice and the public convenience requires a relocation of the polling place for Voting Box #2 in the city of Gonzales from the American Legion Building to a more readily accessible location, i.e. the Emmanuel Fellowship Hall, and to make such relocation permanent for all future elections, and to seek preclearance of such prospective change, plus to seek retroactive preclearance for the relocation under emergency circumstances for the Primary Election of March 7, 2006, the Runoff election of April 11, 2006 and the General Election of November 7, 2006.

2.  This relocation is based upon the unwillingness of the American Legion operator to make the facility available as a polling place. Relocation to the Emmanuel Fellowship is a suitable location, there being no adequate public buildings in the geographic area. Emmanuel Fellowship is accessible to those persons with physical disabilities, as required by Texas law. (See Tab III.)

3.  This relocation constitutes a "change" of voting practices or procedures, and as such, is subject to the obligations imposed by the Voting Rights Act.

4.  However, the use of Emmanuel Fellowship as a polling place has been undertaken in good faith, and in compliance with applicable state law. Additionally, the Emmanuel Fellowship location is more readily accessible and is more suitable than the prior polling place, in accord with § 43.034 of the Texas Election Code. (See Tab III)

5.  Submission of the Order of January 8, 2007, is designed to obtain formal recognition of the relocation of the polling place from the American Legion Building to Emmanuel Fellowship, both prospectively for all future elections utilizing Voting Box #2 as a component election precinct, and retroactively, for the elections held on March 7, 2006, April 11, 2006, and November 7, 2006.

6.  There is no perceived adverse impact upon minority voting rights due to the fact that the Emmanuel Fellowship is well known in the community, is located only a short distance from the former polling place, and had been used in the two most recent elections prior to the General Election

now under challenge.  Further, contrary to the allegations in the pending litigation, the public was well aware of the change of polling place locations prior to each election.  Both candidates utilized campaign advertising to supplement the formal notice and newspaper coverage of the polling place change.  (See Tab I, Exhibit C)

7.  Maps and Data pertaining to the requested preclearance are attached and incorporated herein as follows:

Exhibit E:  Demographic Analysis of Commissioners Precincts prior
to          2001 Redistricting.  This demographic demonstrates that
            the former political boundaries were violative of the "one-
            person-one-vote" balance required by federal law.

Exhibit F:  Demographic Analysis of Commissioners Precinct after
            2001 Redistricting.  This demographic demonstrates that
            the revised political boundaries complied with "one-
person-                    one-vote" balance, and did not adversely
affect minority                        voting rights.

Exhibit G:  Map of Voting Box #2 boundaries in City of Gonzales.

Exhibit H:  Map showing relative location of former polling place,
            American Legion Building, and the new polling place,
            Emmanuel Fellowship.  The new polling place is a well
            known location, easily accessible by all members of the
            public, and is located only a short distance from the
            original polling place.

Exhibit I:  Demographic Analysis of Commissioner Precinct 2
            Voting Boxes before 2001 redistricting.

Exhibit J:  Demographic Analysis of Commissioner Precinct 2
            Voting Boxes after 2001redistricting.  Analysis
will reveal                 that the pre-2001 and post-2001 voting box
demographic                 were    relatively    unchanged    by
redistricting.

Exhibit K:  Analysis Voting Box 2 alone (both pre and post
            2001 Redistricting) Analysis will reveal
            that the pre-2001 and post-2001 voting box demographic
            were relatively unchanged by redistricting.

Exhibit L:  Analysis of Turnout in Voting Box #2 in prior elections,
            both pre and post 2001 redistricting.  Because the
            boundaries were different, and there were more restrictive

state laws in effect regarding "early voting", comparison
of election turnout is not particularly helpful, but
generally reveals that the turnout for the General Election
of 2006 was similar to earlier voting patterns in the
precinct.

Exhibit M:  Analysis of Losing Margin in Grant Election (November
7, 2006). Mr. Grant lost the election in other precincts
besides Precinct 2. The losing margin suggests that the
outcome of the election, even if there had been no polling
place change, would have been no different. Denial of
the request for retroactive preclearance of the polling
place would be purely speculative if based on the
assumption that the polling place change resulted in Mr.
Grant's defeat.

# TAB E

Reapportionment Analysis
Pre-Redistricting 2001

Exhibit  E

| County | Gonzales 2000 | | | | | | |
|--------|---------------|---|---|---|---|---|---|
| **Plan** | **Commissioners** | | | | | | |
| Precinct | **Population** | **Difference** | **Deviation** | | | | |
| 1 | **3985** | -672 | -14.43% | | | | |
| 2 | **5081** | 424 | 9.10% | | | | |
| 3 | **4937** | 280 | 6.01% | | | | |
| 4 | **4625** | -32 | -0.69% | | | | |
| | | | | | | | |
| **Total** | **18628** | | | | | | |
| **Ideal** | **4657** | | | | | | |
| | District | Number | Difference | Deviation | | | |
| **Largest** | 2 | 5081 | 424 | 9.10% | TMD% | | |
| **Smallest** | 1 | 3985 | -672 | -14.43% | 23.53% | | |
| | | | | | | | |
| **Ethnic** | **Analysis** | **Anglo** | **Hispanic** | **Black** | **Other** | | |
| Precinct | | | | | | | Totals |
| 1 | **Population** | 2711 | 1130 | 104 | 40 | | 3985 |
| | **Percentage** | 68.0% | 28.4% | 2.6% | 1.0% | | 21.4% |
| | | | | | | | |
| 2 | **Population** | 2084 | 2015 | 894 | 88 | | 5081 |
| | **Percentage** | 41.0% | 39.7% | 17.6% | 1.7% | | 27.3% |
| | | | | | | | |
| 3 | **Population** | 2493 | 2012 | 384 | 48 | | 4937 |
| | **Percentage** | 50.5% | 40.8% | 7.8% | 1.0% | | 26.5% |
| | | | | | | | |
| 4 | **Population** | 2251 | 2224 | 111 | 39 | | 4625 |
| | **Percentage** | 48.7% | 48.1% | 2.4% | 0.8% | | 24.8% |
| | | | | | | | |
| | **Totals** | 9539 | 7381 | 1493 | 215 | | 18628 |
| | **Percentage** | 51.2% | 39.6% | 8.0% | 1.2% | | 100.0% |

EXHIBIT "C"

GONZALES COUNTY
2000 CENSUS FIGURES APPLIED TO
EXISTING COMMISSIONER PRECINCT BOUNDARIES
PRIOR TO REDISTRICTING

| Precinct | Election Precinct | Total | White | Black or African American | Hispanic or Latino | Other |
|---|---|---|---|---|---|---|
| #1 | 1 | 3,135 | 2,082 | 98 | 926 | 29 |
| | 14 | 128 | 101 | 0 | 27 | 0 |
| | 15 | 722 | 528 | 6 | 177 | 11 |
| | Total | 3,985 | 2,711 (68.0) | 104 ( 2.6) | 1,130 (28.4) | 40 (1.0) |
| | | | | | | |
| #2 | 2 | 3,192 | 1,252 | 613 | 1,265 | 62 |
| | 9 | 1,438 | 432 | 263 | 717 | 26 |
| | 11 | 451 | 400 | 18 | 33 | 0 |
| | Total | 5,081 | 2,084 (41.0) | 894 (17.6) | 2,015 (39.7) | 88 (1.7) |
| | | | | | | |
| #3 | 3 | 3,566 | 1,497 | 255 | 1,776 | 38 |
| | 5 | 471 | 361 | 56 | 52 | 2 |
| | 7 | 471 | 318 | 53 | 93 | 7 |
| | 8 | 429 | 317 | 20 | 91 | 1 |
| | Total | 4,937 | 2,493 (50.5) | 384 ( 7.8) | 2,012 (40.8) | 48 (0.9) |
| | | | | | | |
| #4 | 4 | 2,186 | 769 | 51 | 1,346 | 20 |
| | 6 | 848 | 490 | 14 | 340 | 4 |
| | 10 | 924 | 537 | 2 | 380 | 5 |
| | 12 | 213 | 160 | 3 | 50 | 0 |
| | 13 | 454 | 295 | 41 | 108 | 10 |
| | Total | 4,625 | 2,251 (48.7) | 111 ( 2.4) | 2,224 (48.1) | 39 (0.8) |
| | | | | | | |
| | Grand Total | 18,628 | 9,539 (51.2) | 1,493 ( 8.0) | 7,381 (39.6) | 215 (1.2) |

IDEAL:         4,657

VARIANCE:    23.54%

Source: Manual interpretation of 2000 Census information provided by the U.S. Bureau of the Census.                    gcrpc 6/25/01

EXHIBIT "C"

## GONZALES COUNTY
### 2000 CENSUS FIGURES APPLIED TO EXISTING
### ELECTION PRECINCTS
### PRIOR TO REDISTRICTING

| Election Precinct | Total | White | Black or African American | Hispanic or Latino | Other |
|---|---|---|---|---|---|
| 1 | 3,135 | 2,082 (66:4) | 98 ( 3.1) | 926 (29.6) | 29 (0.9) |
| 2 | 3,192 | 1,252 (39.2) | 613 (19.2) | 1,265 (39.6) | 62 (2.0) |
| 3 | 3,566 | 1,497 (42.0) | 255 ( 7.1) | 1,776 (49.8) | 38 (1.1) |
| 4 | 2,186 | 769 (35.2) | 51 ( 2.3) | 1,346 (61.6) | 20 (0.9) |
| 5 | 471 | 361 (76.6) | 56 (11.9) | 52 (11.1) | 2 (0.4) |
| 6 | 848 | 490 (57.8) | 14 ( 1.6) | 340 (40.1) | 4 (0.5) |
| 7 | 471 | 318 (67.5) | 53 (11.3) | 93 (19.7) | 7 (1.5) |
| 8 | 429 | 317 (73.9) | 20 ( 4.7) | 91 (21.2) | 1 (0.2) |
| 9 | 1,438 | 432 (30.0) | 263 (18.3) | 717 (49.9) | 26 (1.8) |
| 10 | 924 | 537 (58.1) | 2 ( 0.2) | 380 (41.1) | 5 (0.6) |
| 11 | 451 | 400 (88.7) | 18 ( 4.0) | 33 ( 7.3) | 0 (0.0) |
| 12 | 213 | 160 (75.1) | 3 ( 1.4) | 50 (23.5) | 0 (0.0) |
| 13 | 454 | 295 (65.0) | 41 ( 9.0) | 108 (23.8) | 10 (2.2) |
| 14 | 128 | 101 (78.9) | 0 ( 0.0) | 27 (21.1) | 0 (0.0) |
| 15 | 722 | 528 (73.2) | 6 ( 0.8) | 177 (24.5) | 11 (1.5) |
| Grand Total | 18,628 | 9,539 (51.2) | 1,493 ( 8.0) | 7,381 (39.6) | 215 (1.2) |

gcrpc 6/25/01

EXHIBIT "C"

GONZALES COUNTY
2000 VOTING AGE POPULATIONS APPLIED TO
EXISTING COUNTY COMMISSIONER PRECINCT BOUNDARIES
PRIOR TO REDISTRICTING

| Precinct | Election Precinct | Total | White | Black or African American | Hispanic or Latino | Other |
|---|---|---|---|---|---|---|
| #1 | 1 | 2,358 | 1,661 | 78 | 598 | 21 |
|  | 14 | 85 | 70 | 0 | 15 | 0 |
|  | 15 | 524 | 411 | 4 | 102 | 7 |
|  | Total | 2,967 | 2,142 (72.2) | 82 ( 2.8) | 715 (24.1) | 28 (0.9) |
| #2 | 2 | 2,277 | 998 | 437 | 806 | 36 |
|  | 9 | 1,052 | 374 | 179 | 487 | 12 |
|  | 11 | 351 | 314 | 13 | 24 | 0 |
|  | Total | 3,680 | 1,686 (45.8) | 629 (17.1) | 1,317 (35.8) | 48 (1.3) |
| #3 | 3 | 2,424 | 1,167 | 157 | 1,083 | 17 |
|  | 5 | 370 | 294 | 43 | 31 | 2 |
|  | 7 | 368 | 257 | 40 | 64 | 7 |
|  | 8 | 327 | 257 | 12 | 57 | 1 |
|  | Total | 3,489 | 1,975 (56.6) | 252 ( 7.2) | 1,235 (35.4) | 27 (0.8) |
| #4 | 4 | 1,497 | 575 | 40 | 871 | 11 |
|  | 6 | 603 | 388 | 9 | 205 | 1 |
|  | 10 | 686 | 417 | 2 | 263 | 4 |
|  | 12 | 154 | 122 | 3 | 29 | 0 |
|  | 13 | 345 | 240 | 29 | 70 | 6 |
|  | Total | 3,285 | 1,742 (53.0) | 83 ( 2.5) | 1,438 (43.8) | 22 (0.7) |
| | Grand Total | 13,421 | 7,545 (56.2) | 1,046 ( 7.8) | 4,705 (35.1) | 125 (0.9) |

# TAB F

Reapportionment Analysis                                          Exhibit F
Post Redistricting 2001

| County | Gonzales 2001 | | | | | |
|--------|---------------|---|---|---|---|---|
| Plan | Commissioners | · | | | | |
| Precinct | Population | Difference | Deviation | | | |
| 1 | 4649 | -8 | -0.17% | | | |
| 2 | 4625 | -32 | -0.69% | | | |
| 3 | 4641 | -16 | -0.34% | | | |
| 4 | 4713 | 56 | 1.20% | | | |
| | | | | | | |
| Total | 18628 | | | | | |
| Ideal | 4657 | | | | | |
| | District | Number | Difference | Deviation | | |
| Largest | 4 | 4713 | 56 | 1.20% | TMD% | |
| Smallest | 2 | 4625 | -32 | -0.69% | 1.89% | |
| | | | | | | |
| Ethnic | Analysis | Anglo | Hispanic | Black | Other | |
| Precinct | | | | | | Totals |
| 1 | Population | 2940 | 1470 | 190 | 49 | 4649 |
| | Percentage | 63.2% | 31.6% | 4.1% | 1.1% | 25.0% |
| | | | | | | |
| 2 | Population | 1896 | 1810 | 828 | 91 | 4625 |
| | Percentage | 41.0% | 39.1% | 17.9% | 2.0% | 24.8% |
| | | | | | | |
| 3 | Population | 2442 | 1761 | 400 | 38 | 4641 |
| | Percentage | 52.6% | 37.9% | 8.6% | 0.8% | 24.9% |
| | | | | | | |
| 4 | Population | 2261 | 2340 | 75 | 37 | 4713 |
| | Percentage | 48.0% | 49.6% | 1.6% | 0.8% | 25.3% |
| | | | | | | |
| | Totals | 9539 | 7381 | 1493 | 215 | 18628 |
| | Percentage | 51.2% | 39.6% | 8.0% | 1.2% | 100.0% |

EXHIBIT "D"

GONZALES COUNTY
2000 CENSUS FIGURES APPLIED TO EXISTING
ELECTION PRECINCTS
AFTER REDISTRICTING

| Election Precinct | Total | White | Black or African American | Hispanic or Latino | Other |
|---|---|---|---|---|---|
| 1 | 3,978 | 2,451 (61.6) | 188 ( 4.7) | 1,300 (32.7) | 39 (1.0) |
| 2 | 2,984 | 1,288 (43.2) | 555 (18.6) | 1,076 (36.0) | 65 (2.2) |
| 3 | 2,937 | 1,213 (41.3) | 231 ( 7.9) | 1,469 (50.0) | 24 (0.8) |
| 4 | 2,186 | 769 (35.2) | 51 ( 2.3) | 1,346 (61.6) | 20 (0.9) |
| 5 | 804 | 594 (73.9) | 96 (11.9) | 108 (13.4) | 6 (0.8) |
| 6 | 817 | 473 (57.9) | 14 ( 1.7) | 327 (40.0) | 3 (0.4) |
| 7 | 471 | 318 (67.5) | 53 (11.3) | 93 (19.7) | 7 (1.5) |
| 8 | 429 | 317 (73.9) | 20 ( 4.7) | 91 (21.2) | 1 (0.2) |
| 9 | 1,438 | 432 (30.0) | 263 (18.3) | 717 (49.9) | 26 (1.8) |
| 10 | 924 | 537 (58.1) | 2 ( 0.2) | 380 (41.1) | 5 (0.6) |
| 11 | 203 | 176 (86.7) | 10 ( 4.9) | 17 ( 8.4) | 0 (0.0) |
| 12 | 283 | 136 (48.1) | 0 ( 0.0) | 145 (51.2) | 2 (0.7) |
| 13 | 503 | 346 (68.8) | 8 ( 1.6) | 142 (28.2) | 7 (1.4) |
| 14 | 128 | 101 (78.9) | 0 ( 0.0) | 27 (21.1) | 0 (0.0) |
| 15 | 543 | 388 (71.5) | 2 ( 0.4) | 143 (26.3) | 10 (1.8) |
| Grand Total | 18,628 | 9,539 (51.2) | 1,493 ( 8.0) | 7,381 (39.6) | 215 (1.2) |

gcrpc 9/10/01

EXHIBIT "D"

GONZALES COUNTY
2000 CENSUS FIGURES APPLIED TO
PROPOSED COMMISSIONER PRECINCTS
AFTER REDISTRICTING

| Precinct | Election Precinct | Total | White | Black or African American | Hispanic or Latino | Other |
|---|---|---|---|---|---|---|
| #1 | 1 | 3,978 | 2,451 | 188 | 1,300 | 39 |
| | 14 | 128 | 101 | 0 | 27 | 0 |
| | 15 | 543 | 388 | 2 | 143 | 10 |
| | Total | 4,649 | 2,940 (63.2) | 190 ( 4.1) | 1,470 (31.6) | 49 (1.1) |
| | | | | | | |
| #2 | 2 | 2,984 | 1,288 | 555 | 1,076 | 65 |
| | 9 | 1,438 | 432 | 263 | 717 | 26 |
| | 11 | 203 | 176 | 10 | 17 | 0 |
| | Total | 4,625 | 1,896 (41.0) | 828 (17.9) | 1,810 (39.1) | 91 (2.0) |
| | | | | | | |
| #3 | 3 | 2,937 | 1,213 | 231 | 1,469 | 24 |
| | 5 | 804 | 594 | 96 | 108 | 6 |
| | 7 | 471 | 318 | 53 | 93 | 7 |
| | 8 | 429 | 317 | 20 | 91 | 1 |
| | Total | 4,641 | 2,442 (52.6) | 400 ( 8.6) | 1,761 (38.0) | 38 (0.8) |
| | | | | | | |
| #4 | 4 | 2,186 | 769 | 51 | 1,346 | 20 |
| | 6 | 817 | 473 | 14 | 327 | 3 |
| | 10 | 924 | 537 | 2 | 380 | 5 |
| | 12 | 283 | 136 | 0 | 145 | 2 |
| | 13 | 503 | 346 | 8 | 142 | 7 |
| | Total | 4,713 | 2,261 (48.0) | 75 ( 1.6) | 2,340 (49.6) | 37 (0.8) |
| | | | | | | |
| | Grand Total | 18,628 | 9,539 (51.2) | 1,493 ( 8.0) | 7,381 (39.6) | 215 (1.2) |

IDEAL:    4,657

ARIANCE:    1.9%

gcrpc 9/10/01

EXHIBIT "D"

GONZALES COUNTY
2000 VOTING AGE POPULATIONS APPLIED TO
PROPOSED COUNTY COMMISSIONER PRECINCT BOUNDARIES
AFTER REDISTRICTING

| Precinct | Election Precinct | Total | White | Black or African American | Hispanic or Latino | Other |
|---|---|---|---|---|---|---|
| #1 | 1 | 2,953 | 1,936 | 137 | 857 | 23 |
| | 14 | 85 | 70 | 0 | 15 | 0 |
| | 15 | 391 | 301 | 2 | 82 | 6 |
| | Total | 3,429 | 2,307 (67.3) | 139 ( 4.1) | 954 (27.8) | 29 (0.8) |
| | | | | | | |
| #2 | 2 | 2,132 | 1,032 | 399 | 664 | 37 |
| | 9 | 1,052 | 374 | 179 | 487 | 12 |
| | 11 | 160 | 142 | 7 | 11 | 0 |
| | Total | 3,344 | 1,548 (46.3) | 585 (17.5) | 1,162 (34.7) | 49 (1.5) |
| | | | | | | |
| #3 | 3 | 1,983 | 942 | 142 | 886 | 13 |
| | 5 | 635 | 491 | 72 | 68 | 4 |
| | 7 | 368 | 257 | 40 | 64 | 7 |
| | 8 | 327 | 257 | 12 | 57 | 1 |
| | Total | 3,313 | 1,947 (58.8) | 266 ( 8.0) | 1,075 (32.4) | 25 (0.8) |
| | | | | | | |
| #4 | 4 | 1,497 | 575 | 40 | 871 | 11 |
| | 6 | 585 | 375 | 9 | 201 | 0 |
| | 10 | 686 | 417 | 2 | 263 | 4 |
| | 12 | 218 | 116 | 0 | 100 | 2 |
| | 13 | 349 | 260 | 5 | 79 | 5 |
| | Total | 3,335 | 1,743 (52.3) | 56 ( 1.7) | 1,514 (45.4) | 22 (0.6) |
| | | | | | | |
| | Grand Total | 13,421 | 7,545 (56.2) | 1,046 ( 7.8) | 4,705 (35.1) | 125 (0.9) |

gcrpc 9/10/01

# TAB G



# TAB H