

Relocation of Polling Place-Precinct #2-Gonzales County, Texas

Copyright © 1988-2000 Microsoft Corp. and/or its suppliers. All rights reserved.   http://www.microsoft.com/Streets
© Copyright 1999 by Geographic Data Technology, Inc. All rights reserved. © 1999 Navigation Technologies. All rights reserved. This data includes information taken with permission from Canadian authorities © Her Majesty the Queen in Right of Canada.   Page 1
© Copyright 1999 by Compusearch Micromarketing Data and Systems Ltd.

# TAB I

Exhibit I

Demographic Analysis
Pre-2001 Redistricting

| Total Population (2000 Census data)-Pre-Redistricting | | | | | |
|---|---|---|---|---|---|
| Voting Box | Total Pop | Anglo | Black | Hispanic | Other |
| 2 | 3192 | 1252 | 613 | 1265 | 62 |
| | | 39.2% | 19.2% | 39.6% | 1.9% |
| 9 | 1438 | 432 | 263 | 717 | 26 |
| | | 30.0% | 18.3% | 49.9% | 1.8% |
| 11 | 451 | 400 | 18 | 33 | 0 |
| | | 88.7% | 4.0% | 7.3% | 0.0% |
| | 5081 | 2084 | 894 | 2015 | 88 |
| | | 41.0% | 17.6% | 39.7% | 1.7% |

| Voting Age Population (2000 Census Data)-Pre-Redistricting | | | | | |
|---|---|---|---|---|---|
| Voting Box | Total Pop | Anglo | Black | Hispanic | Other |
| 2 | 2277 | 998 | 437 | 806 | 36 |
| | | 43.8% | 19.2% | 35.4% | 1.6% |
| 9 | 1052 | 374 | 179 | 487 | 12 |
| | | 35.6% | 17.0% | 46.3% | 1.1% |
| 11 | 351 | 314 | 13 | 24 | 0 |
| | | 89.5% | 3.7% | 6.8% | 0.0% |
| | 3680 | 1686 | 629 | 1317 | 48 |
| | | 45.8% | 17.1% | 35.8% | 1.3% |

# TAB J

Exhibit J

Demograpic Analysis
Post 2001 Redistricting

## Total Population (2000 Census data)-Post Redistricting

| Voting Box | Total Pop | Anglo | Black | Hispanic | Other |
|---|---|---|---|---|---|
| 2 | 2984 | 1288 | 555 | 1076 | 65 |
|  |  | 43.2% | 18.6% | 36.1% | 2.2% |
| 9 | 1438 | 432 | 263 | 717 | 26 |
|  |  | 30.0% | 18.3% | 49.9% | 1.8% |
| 11 | 203 | 176 | 10 | 17 | 0 |
|  |  | 86.7% | 4.9% | 8.4% | 0.0% |
|  | 4625 | 1896 | 828 | 1810 | 91 |
|  |  | 41.0% | 17.9% | 39.1% | 2.0% |

## Voting Age Population (2000 Census Data) Post Redistricting

| Voting Box | Total Pop | Anglo | Black | Hispanic | Other |
|---|---|---|---|---|---|
| 2 | 2132 | 1032 | 399 | 664 | 37 |
|  |  | 48.4% | 18.7% | 31.1% | 1.7% |
| 9 | 1052 | 374 | 179 | 487 | 12 |
|  |  | 35.6% | 17.0% | 46.3% | 1.1% |
| 11 | 160 | 142 | 7 | 11 | 0 |
|  |  | 88.8% | 4.4% | 6.9% | 0.0% |
|  | 3344 | 1548 | 585 | 1162 | 49 |
|  |  | 46.3% | 17.5% | 34.7% | 1.5% |

# TAB K

Exhibit K

Comparison of Pre and Post Redistricting Demographics

**Total Population (2000 Census data)-Pre-Redistricting**

| Voting Box | Total Pop | Anglo | Black | Hispanic | Other |
|---|---|---|---|---|---|
| 2 | 3192 | 1252 | 613 | 1265 | 62 |

**Total Population (2000 Census data)-Post Redistricting**

| Voting Box | Total Pop | Anglo | Black | Hispanic | Other |
|---|---|---|---|---|---|
| 2 | 2984 | 1288 | 555 | 1076 | 65 |
| Difference | 208 | -36 | 58 | 189 | -3 |
| % Difference | 6.5% | -2.9% | 9.5% | 14.9% | -4.8% |

**Voting Age Population (2000 Census Data)-Pre-Redistricting**

| Voting Box | Total Pop | Anglo | Black | Hispanic | Other |
|---|---|---|---|---|---|
| 2 | 2277 | 998 | 437 | 806 | 36 |

**Voting Age Population (2000 Census Data)-Post Redistricting**

| Voting Box | Total Pop | Anglo | Black | Hispanic | Other |
|---|---|---|---|---|---|
| 2 | 2132 | 1032 | 399 | 664 | 37 |
| Difference | 145 | -34 | 38 | 142 | -1 |
| % Difference | 6.4% | -3.4% | 8.7% | 17.6% | -2.8% |

# TAB L

Exhibit L

Analysis or Turn-Out
Prior Elections

| Election | Headliner | Votes at Poll | Early Vote | Total Vote | 2006 at Poll | 2006 Early | Total Vote | Difference | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 1994 | Governor | 252 | 116 | 368 | 253 | 523 | 776 | -408 | Different Boundary |
| 1996 | President | 347 | 122 | 469 | 253 | 523 | 776 | -307 | Different Boundary |
| 1998 | Governor | 268 | 132 | 400 | 253 | 523 | 776 | -376 | Different Boundary |
| 2000 | President | 344 | 270 | 614 | 253 | 523 | 776 | -162 | Different Boundary |
| 2002 | Governor | 309 | 265 | 574 | 253 | 523 | 776 | -202 | |
| 2004 | President | 316 | 472 | 788 | 253 | 523 | 776 | 12 | |

2 Precinct 2

# GONZALES COUNTY, TEXAS
# :RAL ELECTION      NOVEMBER 8, 1994

| | | |
|---|---:|---:|
| **Total Number Voting** | 252 | |
| | | |
| **Straight Party** | | |
| Democratic –D | 58 | 69.04% |
| Republican –R | 24 | 28.57% |
| Libertarian –L | 2 | 2.38% |
| | | |
| **U.S. Senator** | | |
| Richard Fisher –D | 88 | 36.06% |
| Kay Bailey Hutchison –R | 154 | 63.11% |
| Pierre Blondeau –L | 2 | .81% |
| | | |
| **U.S. Representative, District 14** | | |
| Greg Laughlin –D | 154 | 63.90% |
| Jim Deats –R | 87 | 36.09% |
| | | |
| **Governor** | | |
| Ann W. Richards –D | 100 | 39.84% |
| George W. Bush –R | 149 | 59.36% |
| Keary Ehlers –L | 2 | .79% |
| | | |
| **Lieutenant Governor** | | |
| Bob Bullock –D | 184 | 74.49% |
| H.J. (Tex) Lezar –R | 63 | 25.50% |
| | | |
| **Attorney General** | | |
| Dan Morales –D | 161 | 65.98% |
| Don Wittig –R | 80 | 32.78% |
| Vicki Flores –L | 3 | 1.22% |
| | | |
| **Comptroller of Public Accounts** | | |
| John Sharp –D | 182 | 75.51% |
| Teresa Doggett –R | 59 | 24.48% |
| | | |
| **State Treasurer** | | |
| Martha Whitehead –D | 130 | 55.55% |
| David Hartman –R | 104 | 44.44% |
| | | |
| **Commissioner of the General Land Office** | | |
| Garry Mauro –D | 134 | 57.51% |
| Marta Greytok –R | 95 | 40.77% |
| David C. Chow –L | 4 | 1.71% |
| | | |
| **Commissioner of Agriculture** | | |
| Marvin Gregory –D | 77 | 32.21% |
| Clyde L. Garland | | |

Railroad Commissioner
   James E. (Jim) Nugent -D      147     63.09%
   Charles R. Matthews -R      80      34.33%
   Rick Draheim -L          6       2.57%

Railroad Commissioner, Unexpired Term
   Mary Scott Nabers -D      121     52.38%
   Carole Keeton Rylander -R    102    44.15%
   Buster Crabb -L         8       3.46%

Justice, Supreme Court, Place 1
   Raul A. Gonzalez -D      178     85.16%
   John B. Hawley -L       31     14.83%

Justice, Supreme Court, Place 2
   Alice Oliver Parrott -D    107     47.34%
   Nathan L. Hecht -R     119     52.65%

Justice, Supreme Court, Place 3
   Jimmy Carroll -D       117     51.31%
   Priscilla Owen -R      111     48.68%

Criminal Appeals Court Presiding Judge
   Mike McCormick -D      167    100.00%

Criminal Appeals Court Judge, Place 1
   Charles F. Campbell -D    113     51.59%
   Steve Mansfield -R     106     48.40%

Criminal Appeals Court Judge, Place 2
   Betty Marshall -D      103     47.24%
   Sharon Keller -R       115     52.75%

State Senator, District 18
   Ken Armbrister -D      173    100.00%

State Representative, District 46
   Alec Rhodes -D        173    100.00%

13th Appeals Court Chief Justice
   Robert J. Seerden -D     164    100.00%

13th Appeals Court Justice, Place 1
   Nelda Vidaurri Rodriguez -D   161    100.00%

3th Appeals Court Justice, Place 2
   Melchor Chavez -D      160    100.00%

13th Appeals Court Justice, Place 3
   Federico Hinojosa, Jr. -D   158    100.00%

13th Appeals Court Justice, Place 4
    Linda Reyna Yanez -D      157    100.00%

County Judge
    Henry H. Vollentine -D     200    100.00%

District Clerk
    Patricia Heinemeyer -D     211    100.00%

County Clerk
    Frank (Sonny) Sievers -D    212    100.00%

County Treasurer
    Marie (Bond) Scoggins -D    208    100.00%

Justice of the Peace, Precinct No. 1
    Wm. A. Berger -D     189    77.45%
    Peggy Marie Parr -R     55    22.54%

County Commissioner, Precinct No. 2
    Truman (Tootie) DuPree -D    202    100.00%

1 13:14:14 16/11/94 Media Report.

02 Absentee 2

# GONZALES COUNTY, TEXAS
## ᴇRAL ELECTION     NOVEMBER 8, 1994

Total Number Voting          116

**Straight Party**
| | | |
|---|---|---|
| Democratic -D | 19 | 61.29% |
| Republican -R | 11 | 35.48% |
| Libertarian -L | 1 | 3.22% |

**U.S. Senator**
| | | |
|---|---|---|
| Richard Fisher -D | 38 | 34.23% |
| Kay Bailey Hutchison -R | 72 | 64.86% |
| Pierre Blondeau -L | 1 | .90% |

**U.S. Representative, District 14**
| | | |
|---|---|---|
| Greg Laughlin -D | 69 | 62.16% |
| Jim Deats -R | 42 | 37.83% |

**Governor**
| | | |
|---|---|---|
| Ann W. Richards -D | 45 | 39.82% |
| George W. Bush -R | 68 | 60.17% |
| Keary Ehlers -L | 0 | .0% |

**Lieutenant Governor**
| | | |
|---|---|---|
| Bob Bullock -D | 80 | 70.79% |
| H.J. (Tex) Lezar -R | 33 | 29.20% |

**Attorney General**
| | | |
|---|---|---|
| Dan Morales -D | 59 | 55.14% |
| Don Wittig -R | 47 | 43.92% |
| Vicki Flores -L | 1 | .93% |

**Comptroller of Public Accounts**
| | | |
|---|---|---|
| John Sharp -D | 72 | 66.66% |
| Teresa Doggett -R | 36 | 33.33% |

**State Treasurer**
| | | |
|---|---|---|
| Martha Whitehead -D | 56 | 53.33% |
| David Hartman -R | 49 | 46.66% |

**Commissioner of the General Land Office**
| | | |
|---|---|---|
| Garry Mauro -D | 57 | 53.27% |
| Marta Greytok -R | 47 | 43.92% |
| David C. Chow -L | 3 | 2.80% |

**Commissioner of Agriculture**
| | | |
|---|---|---|
| Marvin Gregory -D | 33 | 30.00% |

Railroad Commissioner
        James E. (Jim) Nugent –D
        Charles R. Matthews –R          58      53.21%
        Rick Draheim –L                 48      44.03%
                                         3       2.75%


Railroad Commissioner, Unexpired Term
        Mary Scott Nabers –D            46      44.23%
        Carole Keeton Rylander –R       57      54.80%
        Buster Crabb –L                 1        .96%


Justice, Supreme Court, Place 1
        Raul A. Gonzalez –D             73      79.34%
        John B. Hawley –L               19      20.65%


Justice, Supreme Court, Place 2
        Alice Oliver Parrott –D         43      41.74%
        Nathan L. Hecht –R              60      58.25%


Justice, Supreme Court, Place 3
        Jimmy Carroll –D                45      42.85%
        Priscilla Owen –R               60      57.14%


Criminal Appeals Court Presiding Judge
        Mike McCormick –D               73      100.00%


Criminal Appeals Court Judge, Place 1
        Charles F. Campbell –D          52      52.00%
        Steve Mansfield –R              48      48.00%


Criminal Appeals Court Judge, Place 2
        Betty Marshall –D               48      47.52%
        Sharon Keller –R                53      52.47%


State Senator, District 18
        Ken Armbrister –D               77      100.00%


State Representative, District 46
        Alec Rhodes –D                  73      100.00%


13th Appeals Court Chief Justice
        Robert J. Seerden –D            73      100.00%


13th Appeals Court Justice, Place 1
        Nelda Vidaurri Rodriguez –D     70      100.00%


13th Appeals Court Justice, Place 2
        Melchor Chavez –D               70      100.00%


13th Appeals Court Justice, Place 3
        Federico Hinojosa, Jr. –D       71      100.00%

County Judge
   Henry H. Vollentine -D                    91        100.00%


District Clerk
   Patricia Heinemeyer -D                     90        100.00%


County Clerk
   Frank (Sonny) Sievers -D                   95        100.00%


County Treasurer
   Marie (Bond) Scoggins -D                   85        100.00%


Justice of the Peace, Precinct No. 1
   Wm. A. Berger -D                           63        55.75%
   Peggy Marie Parr -R                        50        44.24%


County Commissioner, Precinct No. 2
   Truman (Tootie) DuPree -D                  87        100.00%

November 5, 1996

| | TOTAL | -1- | -2- | -3- | -4- | -5- |
|---|---|---|---|---|---|---|
| 001 Precinct 1 | 810 | 810 | 0 | 0 | 0 | 0 |
| 002 Precinct 2 | 347 | 347 | 0 | 0 | 0 | 0 |
| 003 Precinct 3 | 532 | 532 | 0 | 0 | 0 | 0 |
| 004 Precinct 4 | 353 | 353 | 0 | 0 | 0 | 0 |
| 005 Precinct 5 | 141 | 141 | 0 | 0 | 0 | 0 |
| 006 Precinct 6 | 184 | 184 | 0 | 0 | 0 | 0 |
| 007 Precinct 7 | 108 | 108 | 0 | 0 | 0 | 0 |
| 008 Precinct 8 | 138 | 138 | 0 | 0 | 0 | 0 |
| 009 Precinct 9 | 341 | 341 | 0 | 0 | 0 | 0 |
| 010 Precinct 10 | 296 | 296 | 0 | 0 | 0 | 0 |
| 011 Precinct 11 | 112 | 112 | 0 | 0 | 0 | 0 |
| 012 Precinct 12 | 52 | 52 | 0 | 0 | 0 | 0 |
| 013 Precinct 13 | 140 | 140 | 0 | 0 | 0 | 0 |
| Precinct 14 | 24 | 24 | 0 | 0 | 0 | 0 |
| 015 Precinct 15 | 186 | 186 | 0 | 0 | 0 | 0 |
| 001 Absentee 1 | 549 | 549 | 0 | 0 | 0 | 0 |
| 002 Absentee 2 | 122 | 122 | 0 | 0 | 0 | 0 |
| 003 Absentee 3 | 264 | 264 | 0 | 0 | 0 | 0 |
| 004 Absentee 4 | 66 | 66 | 0 | 0 | 0 | 0 |
| 005 Absentee 5 | 45 | 45 | 0 | 0 | 0 | 0 |
| 006 Absentee 6 | 45 | 45 | 0 | 0 | 0 | 0 |
| 007 Absentee 7 | 30 | 30 | 0 | 0 | 0 | 0 |
| 008 Absentee 8 | 48 | 48 | 0 | 0 | 0 | 0 |
| 009 Absentee 9 | 82 | 82 | 0 | 0 | 0 | 0 |
| 010 Absentee 10 | 22 | 22 | 0 | 0 | 0 | 0 |
| 011 Absentee 11 | 53 | 53 | 0 | 0 | 0 | 0 |
| Absentee 12 | 24 | 24 | 0 | 0 | 0 | 0 |
| 013 Absentee 13 | 30 | 30 | 0 | 0 | 0 | 0 |
| 014 Absentee 14 | 12 | 12 | 0 | 0 | 0 | 0 |
| Absentee 15 | 75 | 75 | 0 | 0 | 0 | 0 |

1  13:23:37 08/11/96 Media Report.

002 Precinct 2

# GONZALES COUNTY, TEXAS
# GENERAL ELECTION          NOVEMBER 5, 1996

Total Number Voting          347

Straight Party
      Republican —R                36        24.82%
      Democratic —D               102        70.34%
      Libertarian —L                0         . 0%
      Natural Law —NL               0         . 0%
      U.S. Taxpayers —UST           7         4.82%


President and Vice President
      Dole/Kemp —R                155        44.92%
      Clinton/Gore —D             166        48.11%
      Browne/Jorgensen —L           0         . 0%
      Hagelin/Tompkins —NL          0         . 0%
      Phillips/Titus —UST           0         . 0%
      Perot/Campbell —I            24         6.95%


U.S. Senator
      Phil Gramm —R               179        53.59%
      Victor M. Morales —D        153        45.80%
      Michael Bird —L               1         .29%
      John Huff —NL                 1         .29%


U.S. Representative Dist. 14
      Ron Paul —R                 146        44.64%
      Charles (Lefty) Morris —D   179        54.74%
      Ed Fasanella —NL              2         .61%


Railroad Commissioner
      Carole Keeton Rylander —R   175        55.73%
      Hector Uribe —D             130        41.40%
      Rick Draheim —L               4         1.27%
      Paul Pigue —NL                5         1.59%


Supreme Court Chief Justice
      Tom Phillips —R             157        50.32%
      Andrew Jackson Kupper —D    145        46.47%
      David Parker —L              10         3.20%


Supreme Court Justice Place 1
      John Cornyn —R              134        44.81%
      Patrice Barron —D           160        53.51%
      Thomas Stults —L              5         1.67%

John B. Mawrey -L                        47        20.70%

Criminal Appeals Court Judge Place 1
        Sue Holland -R               139        46.02%
        Bob Perkins -D               163        53.97%

Criminal Appeals Court Judge Place 2
        Paul Womack -R               139        46.33%
        Charles Holcomb -D           161        53.66%

Criminal Appeals Court Judge Place 3
        Tom Price -R                 130        43.04%
        Frank Maloney -D             172        56.95%

State Board of Education Member Dist. 5
        Bob Offutt -R                127        41.36%
        Nettie Ruth Bratton -D       180        58.63%

State Representative Dist. 46
        Ken Fleuriet -R              127        39.44%
        Alec Rhodes -D               195        60.55%

Appeals Court Justice Dist. 13
        Robert Kern -R               132        44.89%
        J. Bonner Dorsey -D          162        55.10%

District Judge Dist. 25
        Dwight E. Peschel -R         187        100.00%

District Judge Dist. 2nd 25th
        Gus J. Strauss -D            259        100.00%

District Attorney Dist. 25
        W.C. (Bud) Kirkendall -R     206        100.00%

County Attorney
        Robert B. Scheske -D         273        100.00%

Sheriff
        D.J. Brzozowski -D           245        100.00%

County Tax Assessor-Collector
        Norma Jean DuBose -D         289        100.00%

....y Surveyor Unexp.
        Stephen O. Pirkle, Jr. -D    263        100.00%

Constable Pct. 1

002 Absentee 2

# GONZALES COUNTY, TEXAS
## IERAL ELECTION     NOVEMBER 5, 1996

Total Number Voting          122

Straight Party
```
        Republican -R              13       28.26%
        Democratic -D              31       67.39%
        Libertarian -L              0        . 0%
        Natural Law -NL             0        . 0%
        U.S. Taxpayers -UST         2        4.34%


President and Vice President
        Dole/Kemp -R               65       53.27%
        Clinton/Gore -D            53       43.44%
        Browne/Jorgensen -L         0        . 0%
        Hagelin/Tompkins -NL        0        . 0%
        Phillips/Titus -UST         1        .81%
        Perot/Campbell -I           3        2.45%


U.S. Senator
        Phil Gramm -R              73       60.83%
        Victor M. Morales -D       47       39.16%
        Michael Bird -L             0        . 0%
        John Huff -NL               0        . 0%


U.S. Representative Dist. 14
        Ron Paul -R                66       55.93%
        Charles (Lefty) Morris -D  51       43.22%
        Ed Fasanella -NL            1        .84%


Railroad Commissioner
        Carole Keeton Rylander -R  66       57.39%
        Hector Uribe -D            45       39.13%
        Rick Draheim -L             2        1.73%
        Paul Pigue -NL              2        1.73%


Supreme Court Chief Justice
        Tom Phillips -R            64       56.63%
        Andrew Jackson Kupper -D   46       40.70%
        David Parker -L             3        2.65%


Supreme Court Justice Place 1
        John Cornyn -R             54       51.42%
        Patrice Barron -D          48       45.71%
        Thomas Stults -L            3        2.85%


Supreme Court Justice Place 2
        James A. Baker -R          54       50.46%
        Gene Kelly -D              51       47.66%
        Eileen Flume -L             2        1.86%
```

Supreme Court Justice Place 3 Unexp.
Greg Abbott -R                          65        86.66%
John B. Hawley -L                       10        13.33%


Criminal Appeals Court Judge Place 1
Sue Holland -R                          54        51.42%
Bob Perkins -D                          51        48.57%


Criminal Appeals Court Judge Place 2
Paul Womack -R                          50        47.16%
Charles Holcomb -D                      56        52.83%


Criminal Appeals Court Judge Place 3
Tom Price -R                            55        50.92%
Frank Maloney -D                        53        49.07%


State Board of Education Member Dist. 5
Bob Offutt -R                           58        53.21%
Nettie Ruth Bratton -D                  51        46.78%


State Representative Dist. 46
Ken Fleuriet -R                         56        46.66%
Alec Rhodes -D                          64        53.33%


Appeals Court Justice Dist. 13
Robert Kern -R                          55        50.92%
J. Bonner Dorsey -D                     53        49.07%


District Judge Dist. 25
Dwight E. Peschel -R                    66        100.00%


District Judge Dist. 2nd 25th
Gus J. Strauss -D                       88        100.00%


District Attorney Dist. 25
W.C. (Bud) Kirkendall -R                72        100.00%


County Attorney
Robert B. Scheske -D                    97        100.00%


Sheriff
D.J. Brzozowski -D                      91        100.00%


County Tax Assessor-Collector
Norma Jean DuBose -D                   103        100.00%

1   21:30:39 11/03/98 Summary Report.


.inct 2

# GONZALES COUNTY, TEXAS
# ENERAL ELECTION         NOVEMBER 3, 1998

### Total Number Voting                    268

Straight Party
```
    Republican -R                   25       9.32%
    Democratic -D                   54      20.14%
    Libertarian -L                   5       1.86%
..................................................
    Total Votes Cast               268
    Number Under Votes             184      68.65%
    Number Over Votes                0        .0%
```

United States Representative Dist. 14
```
    Ron Paul -R                    173      64.55%
    Loy Sneary -D                   81      30.22%
    ---------------                  0        .0%
..................................................
    Total Votes Cast               268
    Number Under Votes              14       5.22%
    Number Over Votes                0        .0%
```

Governor
```
    George W. Bush -R              195      72.76%
    Garry Mauro -D                  71      26.49%
    Lester R. Turlington, Jr. -L     1        .37%
    ---------------                  0        .0%
..................................................
    Total Votes Cast               268
    Number Under Votes               1        .37%
    Number Over Votes                0        .0%
```

Lieutenant Governor
```
    Rick Perry -R                  119      44.40%
    John Sharp -D                  133      49.62%
    Anthony Garcia -L                5       1.86%
..................................................
    Total Votes Cast               268
    Number Under Votes              11       4.10%
    Number Over Votes                0        .0%
```

Attorney General
```
    John Cornyn -R                 124      46.26%
    Jim Mattox -D                  131      48.88%
    Mike Angwin -L                   2        .74%
..................................................
    Total Votes Cast               268
    Number Under Votes              11       4.10%
    Number Over Votes                0        .0%
```

```
    Number Under Votes              11       4.10%
```