Number Over Votes

```
      Number Under Votes              11      4.10%
      Number Over Votes               0       . 0%


   ssioner of the General Land Office
      David Dewhurst -R               154     57.46%
      Richard Raymond -D              92      34.32%
      J. Manuel "Monte" Montez -L     8       2.98%
      ..............................
         Total Votes Cast             268
         Number Under Votes           14      5.22%
         Number Over Votes            0       . 0%


Commissioner of Agriculture
      Susan Combs -R                  148     55.22%
      L.P. (Pete) Patterson -D        104     38.80%
      Jimmy T. LaBaume -L             3       1.11%
      ----------------                0       . 0%
      ..............................
         Total Votes Cast             268
         Number Under Votes           13      4.85%
         Number Over Votes            0       . 0%


Railroad Commissioner
      Tony Garza -R                   134     50.00%
      Joe B. Henderson -D             105     39.17%
      Jim Spurlock -L                 10      3.73%
      ..............................
         Total Votes Cast             268
         Number Under Votes           19      7.08%
         Number Over Votes            0       . 0%


Supreme Court Justice Place 1
      Craig T. Enoch -R               142     52.98%
      Mike Westergren -D              100     37.31%
      ..............................
         Total Votes Cast             268
         Number Under Votes           26      9.70%
         Number Over Votes            0       . 0%


Supreme Court Justice Place 2
      Harriet O'Neill -R              122     45.52%
      Rose Spector -D                 123     45.89%
      ..............................
         Total Votes Cast             268
         Number Under Votes           23      8.58%
         Number Over Votes            0       . 0%


Supreme Court Justice Place 3
      Greg Abbott -R                  153     57.08%
      David Van Os -D                 90      33.58%
      ..............................
         Total Votes Cast             268
         Number Under Votes           25      9.32%
         Number Over Votes            0       . 0%
```

upreme Court Justice Place 4 Unexp.

Deborah Hankinson -R       133       49.62%
Jerry Scarbrough -D        108       40.29%
..................................................
       Total Votes Cast    268
       Number Under Votes   27       10.07%
       Number Over Votes     0        . 0%

Criminal Appeals Court Judge Place 1

Mike Keasler -R            132       49.25%
Charles F. (Charlie) Baird -D  110  41.04%
..................................................
       Total Votes Cast    268
       Number Under Votes   26        9.70%
       Number Over Votes     0        . 0%

Criminal Appeals Court Judge Place 2

Cheryl Johnson -R          136       50.74%
Winston Cochran -D         100       37.31%
..................................................
       Total Votes Cast    268
       Number Under Votes   32       11.94%
       Number Over Votes     0        . 0%

Criminal Appeals Court Judge Place 3

Lawrence "Larry" Meyers -R  158      58.95%   ✓
Larry S. Perry -L           52       19.40%
..................................................
       Total Votes Cast    268
       Number Under Votes   58       21.64%
       Number Over Votes     0        . 0%

State Senator Dist. 18

Reese Turner -R             84       31.34%
Ken Armbrister -D          163       60.82%
..................................................
       Total Votes Cast    268
       Number Under Votes   21        7.83%
       Number Over Votes     0        . 0%

State Representative Dist. 46

Rick Green -R              133       49.62%
Alec Rhodes -D             130       48.50%
..................................................
       Total Votes Cast    268
       Number Under Votes    5        1.86%
       Number Over Votes     0        . 0%

Appeals Court Justice Dist. 13

Linda Reyna Yanez -D       179       66.79%
..................................................
       Total Votes Cast    268       —
       Number Under Votes   89       33.20%
       Number Over Votes     0        . 0%

County Judge

**District Clerk**
Patricia Heinemeyer -D                    225        83.95%

······································
Total Votes Cast                      268
Number Under Votes                     43        16.04%
Number Over Votes                       0        . 0%


**County Clerk**
Lee Riedel -D                             214        79.85%

······································
Total Votes Cast                      268
Number Under Votes                     54        20.14%
Number Over Votes                       0        . 0%


**County Treasurer**
Marie Scoggins -D                         216        80.59%

······································
Total Votes Cast                      268
Number Under Votes                     52        19.40%
Number Over Votes                       0        . 0%


**County Surveyor**
Stephen O. Pirkle, Jr. -D                 222        82.83%

······································
Total Votes Cast                      268
Number Under Votes                     46        17.16%
Number Over Votes                       0        . 0%


**County Commissioner Pct. 2**
James (Jim) Kelso -D                       214        79.85%

······································
Total Votes Cast                      268
Number Under Votes                     54        20.14%
Number Over Votes                       0        . 0%


**Justice of the Peace Pct. 1**
Wm. A. Berger -D                          222        82.83%

······································
Total Votes Cast                      268
Number Under Votes                     46        17.16%
Number Over Votes                       0        . 0%


TOTAL BALLOTS CAST                     268

TOTAL TYPE  1 BALLOTS                   268

Case 5:06-cv-01384 Document 10-7 Filed 01/22/07 Page 4 of 42

1   21:30:39 11/03/98 Summary Report.

sentee 2

# GONZALES COUNTY, TEXAS
GENERAL ELECTION          NOVEMBER 3, 1998

                    Total Number Voting          132

Straight Party
        Republican -R                     11        8.33%
        Democratic -D                     31       23.48%
        Libertarian -L                     0         .0%
        .....................................................
                Total Votes Cast         132
                Number Under Votes        90       68.18%
                Number Over Votes          0         .0%


United States Representative Dist. 14
        Ron Paul -R                       68       51.51%
        Loy Sneary -D                     56       42.42%
        ---------------                    0         .0%
        .....................................................
                Total Votes Cast         132
                Number Under Votes         8        6.06%
                Number Over Votes          0         .0%

Governor
        George W. Bush -R                 82       62.12%
        Garry Mauro -D                    47       35.60%
        Lester R. Turlington, Jr. -L       1         .75%
        ---------------                    0         .0%
        .....................................................
                Total Votes Cast         132
                Number Under Votes         2        1.51%
                Number Over Votes          0         .0%


Lieutenant Governor
        Rick Perry -R                     53       40.15%
        John Sharp -D                     76       57.57%
        Anthony Garcia -L                  1         .75%
        .....................................................
                Total Votes Cast         132
                Number Under Votes         2        1.51%
                Number Over Votes          0         .0%


Attorney General
        John Cornyn -R                    56       42.42%
        Jim Mattox -D                     71       53.78%
        Mike Angwin -L                     0         .0%
        .....................................................
                Total Votes Cast         132
                Number Under Votes         5        3.78%
                Number Over Votes          0

```
                                Number Under Votes          6      4.54%
                                Number Over Votes           0      . 0%


Commissioner of the General Land Office
       David Dewhurst -R                                   69     52.27%
       Richard Raymond -D                                  55     41.66%
       J. Manuel "Monte" Montez -L                          2      1.51%
       ...........................................
                                Total Votes Cast          132
                                Number Under Votes          6      4.54%
                                Number Over Votes           0      . 0%


Commissioner of Agriculture
       Susan Combs -R                                      61     46.21%
       L.P. (Pete) Patterson -D                            62     46.96%
       Jimmy T. LaBaume -L                                  2      1.51%
       ---------------                                      0      . 0%
       ...........................................
                                Total Votes Cast          132
                                Number Under Votes          7      5.30%
                                Number Over Votes           0      . 0%


Railroad Commissioner
       Tony Garza -R                                       48     36.36%
       Joe B. Henderson -D                                 73     55.30%
       Jim Spurlock -L                                      4      3.03%
       ...........................................
                                Total Votes Cast          132
                                Number Under Votes          7      5.30%
                                Number Over Votes           0      . 0%


Supreme Court Justice Place 1
       Craig T. Enoch -R                                   55     41.66%
       Mike Westergren -D                                  66     50.00%
       ...........................................
                                Total Votes Cast          132
                                Number Under Votes         11      8.33%
                                Number Over Votes           0      . 0%


Supreme Court Justice Place 2
       Harriet O'Neill -R                                  45     34.09%
       Rose Spector -D                                     75     56.81%
       ...........................................
                                Total Votes Cast          132
                                Number Under Votes         12      9.09%
                                Number Over Votes           0      . 0%


Supreme Court Justice Place 3
       Greg Abbott -R                                      62     46.96%
       David Van Os -D                                     55     41.66%
       ...........................................
                                Total Votes Cast          132
                                Number Under Votes         15     11.36%
                                Number Over Votes           0      . 0%
```

Supreme Court Justice Place 4 Unex

Supreme Court Justice Place 4 Unexp.
```
Deborah Hankinson -R                    52      39.39%
Jerry Scarbrough -D                     66      50.00%
............................
        Total Votes Cast               132
        Number Under Votes              14      10.60%
        Number Over Votes                0        .0%
```

Criminal Appeals Court Judge Place 1
```
Mike Keasler -R                         52      39.39%
Charles F. (Charlie) Baird -D           69      52.27%
............................
        Total Votes Cast               132
        Number Under Votes              11       8.33%
        Number Over Votes                0        .0%
```

Criminal Appeals Court Judge Place 2
```
Cheryl Johnson -R                       51      38.63%
Winston Cochran -D                      69      52.27%
............................
        Total Votes Cast               132
        Number Under Votes              12       9.09%
        Number Over Votes                0        .0%
```

Criminal Appeals Court Judge Place 3
```
Lawrence "Larry" Meyers -R              66      50.00%
Larry S. Perry -L                       25      18.93%
............................
        Total Votes Cast               132
        Number Under Votes              41      31.06%
        Number Over Votes                0        .0%
```

State Senator Dist. 18
```
Reese Turner -R                         30      22.72%
Ken Armbrister -D                       95      71.96%
............................
        Total Votes Cast               132
        Number Under Votes               7       5.30%
        Number Over Votes                0        .0%
```

State Representative Dist. 46
```
Rick Green -R                           54      40.90%
Alec Rhodes -D                          72      54.54%
............................
        Total Votes Cast               132
        Number Under Votes               6       4.54%
        Number Over Votes                0        .0%
```

Appeals Court Justice Dist. 13
```
Linda Reyna Yanez -D                    86      65.15%
............................
        Total Votes Cast               132
        Number Under Votes              46      34.84%
        Number Over Votes                0        .0%
```

District Clerk
       Patricia Heinemeyer -D                    107        81.06%
       ...........................................
              Total Votes Cast                   132
              Number Under Votes                  25        18.93%
              Number Over Votes                    0         .0%


County Clerk
       Lee Riedel -D                             109        82.57%
       ...........................................
              Total Votes Cast                   132
              Number Under Votes                  23        17.42%
              Number Over Votes                    0         .0%


County Treasurer
       Marie Scoggins -D                         109        82.57%
       ...........................................
              Total Votes Cast                   132
              Number Under Votes                  23        17.42%
              Number Over Votes                    0         .0%


County Surveyor
       Stephen O. Pirkle, Jr. -D                 111        84.09%
       ...........................................
              Total Votes Cast                   132
              Number Under Votes                  21        15.90%
              Number Over Votes                    0         .0%


County Commissioner Pct. 2
       James (Jim) Kelso -D                      112        84.84%
       ...........................................
              Total Votes Cast                   132
              Number Under Votes                  20        15.15%
              Number Over Votes                    0         .0%


Justice of the Peace Pct. 1
       Wm. A. Berger -D                          113        85.60%
       ...........................................
              Total Votes Cast                   132
              Number Under Votes                  19        14.39%
              Number Over Votes                    0         .0%


       TOTAL BALLOTS CAST                        132

       TOTAL TYPE   1 BALLOTS                    132

|                   | TOTAL | -1- |
|-------------------|-------|-----|
| 001 Precinct 1    | 725   | 725 |
| 002 Precinct 2    | 268   | 268 |
| 003 Precinct 3    | 395   | 395 |
| 004 Precinct 4    | 305   | 305 |
| 005 Precinct 5    | 110   | 110 |
| 006 Precinct 6    | 166   | 166 |
| 007 Precinct 7    | 89    | 89  |
| 008 Precinct 8    | 110   | 110 |
| 009 Precinct 9    | 208   | 208 |
| 010 Precinct 10   | 250   | 250 |
| 011 Precinct 11   | 72    | 72  |
| 012 Precinct 12   | 51    | 51  |
| 013 Precinct 13   | 142   | 142 |
| 014 Precinct 14   | 26    | 26  |
| 015 Precinct 15   | 201   | 201 |
| 001 Absentee 1    | 545   | 545 |
| 002 Absentee 2    | 132   | 132 |
| 003 Absentee 3    | 274   | 274 |
| 004 Absentee 4    | 189   | 189 |
| 005 Absentee 5    | 26    | 26  |
| 006 Absentee 6    | 69    | 69  |
| 007 Absentee 7    | 24    | 24  |
| 008 Absentee 8    | 43    | 43  |
| 009 Absentee 9    | 100   | 100 |
| 010 Absentee 10   | 33    | 33  |
| 011 Absentee 11   | 41    | 41  |
| 012 Absentee 12   | 23    | 23  |
| 013 Absentee 13   | 25    | 25  |

22:16:11 11/07/00 Summary Report

2 PRECINCT 2

# GONZALES COUNTY, TEXAS
# ENERAL ELECTION        NOVEMBER 7, 2000

Total Number Voting            344

STRAIGHT PARTY
    REPUBLICAN -R                    33        9.59%
    DEMOCRATIC -D                    96       27.90%
    LIBERTARIAN -L                    2         .58%
    GREEN -G                          8        2.32%
    ..................................
        Total Votes Cast        344
        Number Under Votes      205       59.59%
        Number Over Votes         0        . 0%

PRESIDENT & VICE PRESIDENT
    BUSH/CHENEY -R                  184       53.48%
    GORE/LIEBERMAN -D               155       45.05%
    BROWNE/OLIVIER -L                 0        . 0%
    NADER/LaDUKE -G                   2         .58%
    BUCHANAN/FOSTER -I                0        . 0%
    ---------------                   0        . 0%
    ..................................
        Total Votes Cast        344
        Number Under Votes        3        .87%
        Number Over Votes         0        . 0%

U.S. SENATOR
    KAY BAILEY HUTCHISON -R         207       60.17%
    GENE KELLY -D                   120       34.88%
    MARY J. RUWART -L                 3        .87%
    DOUGLAS S. SANDAGE -G             2         .58%
    ..................................
        Total Votes Cast        344
        Number Under Votes       12        3.48%
        Number Over Votes         0        . 0%

.. REPRESENTATIVE DIST. 14
    RON PAUL -R                     172       50.00%
    LOY SNEARY -D                   159       46.22%
    ..................................
        Total Votes Cast        344

```
RAILROAD COMMISSIONER
   CHARLES R. MATTHEWS -R          171      49.70%
   CAROLYN FIELDS -L                59      17.15%
   GARY DUGGER -G                   21       6.10%
   ..........................................
        Total Votes Cast          344
        Number Under Votes         93      27.03%
        Number Over Votes           0       .0%


RAILROAD COMMISSIONER UNEXP.
   MICHAEL L. WILLIAMS -R          161      46.80%
   ANTHONY GARCIA -L                69      20.05%
   CHARLES L. MAUCH -G              22       6.39%
   ..........................................
        Total Votes Cast          344
        Number Under Votes         92      26.74%
        Number Over Votes           0       .0%


SUPREME COURT JUSTICE P1
   NATHAN HECHT -R                 171      49.70%
   MIKE JACOBELLIS -L               42      12.20%
   BEN G. LEVY -G                   33       9.59%
   ..........................................
        Total Votes Cast          344
        Number Under Votes         98      28.48%
        Number Over Votes           0       .0%


SUPREME COURT JUSTICE P2
   PRISCILLA OWEN -R               180      52.32%
   JOE ALFRED IZEN, JR. -L          63      18.31%
   ..........................................
        Total Votes Cast          344
        Number Under Votes        101      29.36%
        Number Over Votes           0       .0%


SUPREME COURT JUSTICE P3
   AL GONZALES -R                  183      53.19%
   LANCE SMITH -L                   63      18.31%
   ..........................................
        Total Votes Cast          344
        Number Under Votes         98      28.48%
        Number Over Votes           0       .0%


CRIMINAL APPEALS COURT PRESIDING JUDGE
   SHARON KELLER -R                143      41.56%
   BILL VANCE -D                   158      45.93%
   ..........................................
        Total Votes Cast          344
        Number Under Votes         43      12.50%
        Number Over Votes           0       .0%


CRIMINAL APPEALS COURT JUDGE P1
   CHARLES HOLCOMB -R              187      54.36%
   RIFE SCOTT KIMLER -L             52      15.11%
   ..........................................
        Total Votes Cast          344
        Number Under Votes        105      30.52%
```

```
CRIMINAL APPEALS COURT JUDGE P2
      BARBARA PARKER HERVEY -R            135      39.24%
      WILLIAM R. BARR -D                  168      48.83%
      ....................................
            Total Votes Cast             344
            Number Under Votes            41      11.91%
            Number Over Votes              0       .0%


STATE BOARD OF EDUCATION DIST. 5
      DAN MONTGOMERY -R                   198      57.55%
      ....................................
            Total Votes Cast             344
            Number Under Votes           146      42.44%
            Number Over Votes              0       .0%


STATE REPRESENTATIVE DIST. 46
      RICK GREEN -R                       192      55.81%
      IVAN "Buddy" FRIEDMAN -D            133      38.66%
      SHANNON LOUISE CARR -L                2       .58%
      ....................................
            Total Votes Cast             344
            Number Under Votes            17       4.94%
            Number Over Votes              0       .0%


APPEALS COURT CHIEF JUSTICE DIST. 13
      ROY VALDEZ -D                       248      72.09%
      ....................................
            Total Votes Cast             344
            Number Under Votes            96      27.90%
            Number Over Votes              0       .0%


APPEALS COURT JUSTICE DIST. 13 P1
      NELDA VIDAURRI RODRIGUEZ -D         246      71.51%
      ....................................
            Total Votes Cast             344
            Number Under Votes            98      28.48%
            Number Over Votes              0       .0%


APPEALS COURT JUSTICE DIST. 13 P2
      FEDERICO "Fred" HINOJOSA -D         243      70.63%
      ....................................
            Total Votes Cast             344
            Number Under Votes           101      29.36%
            Number Over Votes              0       .0%


APPEALS COURT JUSTICE DIST. 13 P3
      BRADFORD M. CONDIT -R               130      37.79%
      ERRLINDA CASTILLO -D                166      48.25%
      ....................................
            Total Votes Cast             344
            Number Under Votes            48      13.95%
            Number Over Votes              0       .0%


2ND 25TH JUDICIAL DISTRICT JUDGE
      BRIAN KINGSTON -R                   119      34.59%
```

```
                    Number Under Votes           15       4.36%
                    Number Over Votes             0       . 0%


25TH JUDICIAL DISTRICT JUDGE
       DWIGHT E. PESCHEL -R              216      62.79%
       ...................................
              Total Votes Cast          344
              Number Under Votes        128      37.20%
              Number Over Votes           0       . 0%


25TH JUDICIAL DISTRICT ATTORNEY
       W.C. (Bud) KIRKENDALL -R          227      65.98%
       ...................................
              Total Votes Cast          344
              Number Under Votes        117      34.01%
              Number Over Votes           0       . 0%


COUNTY ATTORNEY
       ROBERT B. (Bob) SCHESKE -R        157      45.63%
       FORREST PENNEY -D                 179      52.03%
       ...................................
              Total Votes Cast          344
              Number Under Votes          8       2.32%
              Number Over Votes           0       . 0%


SHERIFF
       ANDY RODRIGUEZ -R                 118      34.30%
       GLEN A. SACHTLEBEN -D             224      65.11%
       ...................................
              Total Votes Cast          344
              Number Under Votes          2        .58%
              Number Over Votes           0       . 0%


COUNTY TAX ASSESSOR-COLLECTOR
       NORMA JEAN DuBOSE -D              307      89.24%
       ...................................
              Total Votes Cast          344
              Number Under Votes         37      10.75%
              Number Over Votes           0       . 0%


CONSTABLE PCT. 1
       KEN HEDRICK -D                    289      84.01%
       ...................................
              Total Votes Cast          344
              Number Under Votes         55      15.98%
              Number Over Votes           0       . 0%


       TOTAL BALLOTS CAST               344

       TOTAL TYPE   1 BALLOTS           344
```

```
1  22:16:11 11/07/00 Summary Report.
```

2 ABSENTEE 2

# GONZALES COUNTY, TEXAS
# ENERAL ELECTION        NOVEMBER 7, 2000

| Total Number Voting | 270 | |
|---|---|---|

STRAIGHT PARTY

| | | |
|---|---|---|
| REPUBLICAN -R | 28 | 10.37% |
| DEMOCRATIC -D | 46 | 17.03% |
| LIBERTARIAN -L | 2 | .74% |
| GREEN -G | 2 | .74% |
| Total Votes Cast | 270 | |
| Number Under Votes | 189 | 70.00% |
| Number Over Votes | 3 | 1.11% |

PRESIDENT & VICE PRESIDENT

| | | |
|---|---|---|
| BUSH/CHENEY -R | 179 | 66.29% |
| GORE/LIEBERMAN -D | 76 | 28.14% |
| BROWNE/OLIVIER -L | 0 | . 0% |
| NADER/LaDUKE -G | 3 | 1.11% |
| BUCHANAN/FOSTER -I | 0 | . 0% |
| | 1 | .37% |
| Total Votes Cast | 270 | |
| Number Under Votes | 9 | 3.33% |
| Number Over Votes | 2 | .74% |

U.S. SENATOR

| | | |
|---|---|---|
| KAY BAILEY HUTCHISON -R | 188 | 69.62% |
| GENE KELLY -D | 58 | 21.48% |
| MARY J. RUWART -L | 2 | .74% |
| DOUGLAS S. SANDAGE -G | 5 | 1.85% |
| Total Votes Cast | 270 | |
| Number Under Votes | 15 | 5.55% |
| Number Over Votes | 2 | .74% |

REPRESENTATIVE DIST. 14

| | | |
|---|---|---|
| RON PAUL -R | 168 | 62.22% |
| LOY SNEARY -D | 87 | 32.22% |
| Total Votes Cast | 270 | |

RAILROAD COMMISSIONER

```
    CHARLES R. MATTHEWS -R           163        60.37%
    CAROLYN FIELDS -L                 21         7.77%
    GARY DUGGER -G                    11         4.07%
    ................................................
        Total Votes Cast            270
        Number Under Votes           74        27.40%
        Number Over Votes             1          .37%


RAILROAD COMMISSIONER UNEXP.
    MICHAEL L. WILLIAMS -R           160        59.25%
    ANTHONY GARCIA -L                 19         7.03%
    CHARLES L. MAUCH -G               11         4.07%
    ................................................
        Total Votes Cast            270
        Number Under Votes           80        29.62%
        Number Over Votes             0          .0%


SUPREME COURT JUSTICE P1
    NATHAN HECHT -R                  161        59.62%
    MIKE JACOBELLIS -L                18         6.66%
    BEN G. LEVY -G                    11         4.07%
    ................................................
        Total Votes Cast            270
        Number Under Votes           80        29.62%
        Number Over Votes             0          .0%


SUPREME COURT JUSTICE P2
    PRISCILLA OWEN -R                171        63.33%
    JOE ALFRED IZEN, JR. -L           24         8.88%
    ................................................
        Total Votes Cast            270
        Number Under Votes           75        27.77%
        Number Over Votes             0          .0%


SUPREME COURT JUSTICE P3
    AL GONZALES -R                   156        57.77%
    LANCE SMITH -L                    38        14.07%
    ................................................
        Total Votes Cast            270
        Number Under Votes           76        28.14%
        Number Over Votes             0          .0%


CRIMINAL APPEALS COURT PRESIDING JUDGE
    SHARON KELLER -R                 143        52.96%
    BILL VANCE -D                     91        33.70%
    ................................................
        Total Votes Cast            270
        Number Under Votes           36        13.33%
        Number Over Votes             0          .0%


CRIMINAL APPEALS COURT JUDGE P1
    CHARLES HOLCOMB -R               170        62.96%
    RIFE SCOTT KIMLER -L              21         7.77%
    ................................................
        Total Votes Cast            270
        Number Under Votes           79        29.25%
```

CRIMINAL APPEALS COURT JUDGE P2

BARBARA PARKER HERVEY -R          131      48.51%
WILLIAM R. BARR -D                100      37.03%

........................................
            Total Votes Cast      270
            Number Under Votes     39      14.44%
            Number Over Votes       0      . 0%


STATE BOARD OF EDUCATION DIST. 5

DAN MONTGOMERY -R                 168      62.22%

            Total Votes Cast      270
            Number Under Votes    102      37.77%
            Number Over Votes       0      . 0%


STATE REPRESENTATIVE DIST. 46

RICK GREEN -R                     180      66.66%
IVAN "Buddy" FRIEDMAN -D           74      27.40%
SHANNON LOUISE CARR -L              1       .37%

........................................
            Total Votes Cast      270
            Number Under Votes     14       5.18%
            Number Over Votes       1       .37%


APPEALS COURT CHIEF JUSTICE DIST. 13

ROY VALDEZ -D                     172      63.70%

........................................
            Total Votes Cast      270
            Number Under Votes     98      36.29%
            Number Over Votes       0      . 0%


APPEALS COURT JUSTICE DIST. 13 P1

NELDA VIDAURRI RODRIGUEZ -D       170      62.96%

........................................
            Total Votes Cast      270
            Number Under Votes    100      37.03%
            Number Over Votes       0      . 0%


APPEALS COURT JUSTICE DIST. 13 P2

FEDERICO "Fred" HINOJOSA -D       166      61.48%

........................................
            Total Votes Cast      270
            Number Under Votes    104      38.51%
            Number Over Votes       0      . 0%


APPEALS COURT JUSTICE DIST. 13 P3

BRADFORD M. CONDIT -R             143      52.96%
ERRLINDA CASTILLO -D               90      33.33%

........................................
            Total Votes Cast      270
            Number Under Votes     37      13.70%
            Number Over Votes       0      . 0%


2ND 25TH JUDICIAL DISTRICT JUDGE

BRIAN KINGSTON -R                 130      48.14%

```
25TH JUDICIAL DISTRICT JUDGE
     DWIGHT E. PESCHEL -R                 178      65.92%
     ...........................................
          Total Votes Cast               270
          Number Under Votes              92      34.07%
          Number Over Votes                0       . 0%


25TH JUDICIAL DISTRICT ATTORNEY
     W.C. (Bud) KIRKENDALL -R             186      68.88%
     ...........................................
          Total Votes Cast               270
          Number Under Votes              84      31.11%
          Number Over Votes                0       . 0%


COUNTY ATTORNEY
     ROBERT B. (Bob) SCHESKE -R           142      52.59%
     FORREST PENNEY -D                    119      44.07%
     ...........................................
          Total Votes Cast               270
          Number Under Votes               9       3.33%
          Number Over Votes                0       . 0%


SHERIFF
     ANDY RODRIGUEZ -R                     81      30.00%
     GLEN A. SACHTLEBEN -D                184      68.14%
     ...........................................
          Total Votes Cast               270
          Number Under Votes               5       1.85%
          Number Over Votes                0       . 0%


COUNTY TAX ASSESSOR-COLLECTOR
     NORMA JEAN DuBOSE -D                 236      87.40%
     ...........................................
          Total Votes Cast               270
          Number Under Votes              34      12.59%
          Number Over Votes                0       . 0%


CONSTABLE PCT. 1
     KEN HEDRICK -D                       219      81.11%
     ...........................................
          Total Votes Cast               270
          Number Under Votes              51      18.88%
          Number Over Votes                0       . 0%


     TOTAL BALLOTS CAST                   270

     TOTAL TYPE   1 BALLOTS               270
```

1   22:16:02 11/07/00 Status Report

|  | TOTAL | ALL |
|---|---|---|
| 001 PRECINCT 1 | 726 | 726 |
| 002 PRECINCT 2 | 344 | 344 |
| 003 PRECINCT 3 | 529 | 529 |
| 004 PRECINCT 4 | 390 | 390 |
| 005 PRECINCT 5 | 131 | 131 |
| 006 PRECINCT 6 | 161 | 161 |
| 007 PRECINCT 7 | 113 | 113 |
| 008 PRECINCT 8 | 141 | 141 |
| 009 PRECINCT 9 | 306 | 306 |
| 010 PRECINCT 10 | 290 | 290 |
| 011 PRECINCT 11 | 93+2=95 | 93+1=95 |
| 012 PRECINCT 12 | 55 | 55 |
| 013 PRECINCT 13 | 181 | 181 |
| 014 PRECINCT 14 | 21 | 21 |
| 015 PRECINCT 15 | 185 | 185 |
| 001 ABSENTEE 1 | 831 | 831 |
| 002 ABSENTEE 2 | 270 | 270 |
| 003 ABSENTEE 3 | 496 | 496 |
| 004 ABSENTEE 4 | 96 | 96 |
| 005 ABSENTEE 5 | 67 | 67 |
| 5 ABSENTEE 6 | 76 | 76 |
| 007 ABSENTEE 7 | 47 | 47 |
| 008 ABSENTEE 8 | 69 | 69 |

Case 5:06-cv-01099-FB  Document 10-7  Filed 01/22/07  Page 18 of 42

2 PCT 2

# GONZALES COUNTY, TEXAS
# GENERAL ELECTION          NOVEMBER 5, 2002

| | | |
|---|---|---|
| Total Number Voting | 309 | |

**STRAIGHT PARTY**
( Elect    1)

| | | |
|---|---|---|
| REP-REPUBLICAN PARTY | 33 | 10.67% |
| DEM-DEMOCRATIC PARTY | 55 | 17.79% |
| LIB-LIBERTARIAN PARTY | 1 | .32% |
| GRN-GREEN PARTY | 1 | .32% |
| Total Votes Cast | 309 | |
| Number Under Votes | 219 | 70.87% |
| Number Over Votes | 0 | . 0% |

**UNITED STATES SENATOR**
( Elect   1)

| | | |
|---|---|---|
| REP-JOHN CORNYN | 170 | 55.01% |
| DEM-RON KIRK | 125 | 40.45% |
| LIB-SCOTT LANIER JAMESON | 2 | .64% |
| GRN-ROY H. WILLIAMS | 1 | .32% |
| | 0 | . 0% |
| Total Votes Cast | 309 | |
| Number Under Votes | 10 | 3.23% |
| Number Over Votes | 1 | .32% |

**UNITED STATES REPRESENTATIVE, DIST. 14**
( Elect   1)

| | | |
|---|---|---|
| REP-RON PAUL | 204 | 66.01% |
| DEM-CORBY WINDHAM | 86 | 27.83% |
| Total Votes Cast | 309 | |
| Number Under Votes | 19 | 6.14% |
| Number Over Votes | 0 | . 0% |

**GOVERNOR**
( Elect    1)

| | | |
|---|---|---|
| REP-RICK PERRY | 179 | 57.92% |
| DEM-TONY SANCHEZ | 122 | 39.48% |
| LIB-JEFF DAIELL | 5 | 1.61% |
| GRN-RAHUL MAHAJAN | 0 | . 0% |
| -------------- | 0 | . 0% |
| Total Votes Cast | 309 | |
| Number Under Votes | 3 | .97% |
| Number Over Votes | 0 | . 0% |

**LIEUTENANT GOVERNOR**
( Elect    1)

| | | |
|---|---|---|
| REP-DAVID DEWHURST | 137 | 44.33% |
| DEM-JOHN SHARP | 157 | 50.80% |
| LIB-MARK DAVID GESSNER | 6 | 1.94% |

( Elect    1)
```
      REP-PAUL WOMACK                      151      48.86%
      DEM-PAT MONTGOMERY                   120      38.83%
      .................................
            Total Votes Cast             309
            Number Under Votes    —        38      12.29%
            Number Over Votes              0       . 0%
```

JUDGE, CRT OF CRIMINAL APPEALS, PLACE 3
( Elect.   1)
```
      REP-CATHY COCHRAN                    177      57.28%
      DEM-J.R. MOLINA                      102      33.00%
      GRN-OLLIE RUTH JEFFERSON               1       .32%
      .................................
            Total Votes Cast             309
            Number Under Votes            29       9.38%
            Number Over Votes              0        .0%
```

MEMBER, STATE BOARD OF EDUCATION, DIST 10
( Elect   1)
```
      REP-CYNTHIA A. THORNTON              184      59.54%
      GRN-LESLEY NICOLE RAMSEY              46      14.88%
      .................................
            Total Votes Cast             309
            Number Under Votes            79      25.56%
            Number Over Votes              0       .0%
```

STATE SENATOR, DISTRICT 18
( Elect   1)
```
      REP-LESTER PHIPPS                     95      30.74%
      DEM-KEN ARMBRISTER                   187      60.51%
      LIB-HORACE HENLEY                      6       1.94%
      .................................
            Total Votes Cast             309
            Number Under Votes            21       6.79%
            Number Over Votes              0       . 0%
```

STATE REPRESENTATIVE, DIST 44
( Elect   1)
```
      REP-EDMUND KUEMPEL                   185      59.87%
      .................................
            Total Votes Cast             309
            Number Under Votes           124      40.12%
            Number Over Votes              0       . 0%
```

CHIEF JUSTICE, 13TH CRT OF APPEALS DIST
( Elect   1)
```
      REP-BRADFORD M. CONDIT               169      54.69%
      DEM-DORI CONTRERAS GARZA             108      34.95%
      .................................
            Total Votes Cast             309
            Number Under Votes            32      10.35%
            Number Over Votes              0       . 0%
```

COUNTY JUDGE
( Elect   1)
```
      DEM-DAVID BIRD                       261      84.46%
      .................................
```

**DISTRICT CLERK**
( Elect    1)

    DEM-SANDRA BAKER                     243        78.64%
    ......................................................
         Total Votes Cast                309
         Number Under Votes               66        21.35%
         Number Over Votes                 0        . 0%


**COUNTY CLERK**
( Elect    1)

    REP-LEE RIEDEL                       216        69.90%
    ......................................................
         Total Votes Cast                309
         Number Under Votes               93        30.09%
         Number Over Votes                 0        . 0%


**COUNTY TREASURER**
( Elect    1)

    REP-JULIE CRUMLEY                     75        24.27%
    DEM-SHERYL A. BARBORAK               220        71.19%
    ......................................................
         Total Votes Cast                309
         Number Under Votes               14        4.53%
         Number Over Votes                 0        . 0%


**COUNTY SURVEYOR**
( Elect    1)

    DEM-STEPHEN O. PIRKLE, JR.           231        74.75%
    ......................................................
         Total Votes Cast                309
         Number Under Votes               78        25.24%
         Number Over Votes                 0        . 0%


**COUNTY COMMISSIONER, PRECINCT NO.2**
( Elect    1)

    REP-DON JAEHNE                       133        43.04%
    DEM-JAMES "JIM" KELSO                163        52.75%
    ......................................................
         Total Votes Cast                309
         Number Under Votes               13        4.20%
         Number Over Votes                 0        . 0%


**JUSTICE OF THE PEACE, PRECINCT NO.1**
( Elect    1)

    DEM-DARRYL BECKER                    236        76.37%
    ......................................................
         Total Votes Cast                309
         Number Under Votes               73        23.62%
         Number Over Votes                 0        . 0%


**AMENDMENT NO.1**
( Elect    1)

    FOR                                  180        58.25%
    AGAINST                               54        17.47%
    ......................................................
         Total Votes Cast                309

Number Under Votes                    73        24.27%
Number Over Votes                      0          0%

ADOPTION OF STOCK LAW PROHIBITING CATTLE
( Elect   1)
        FOR                       —      194      62.78%
        AGAINST                          62      20.06%
        ...........................................................
              Total Votes Cast          309
              Number Under Votes         53      17.15%
              Number Over Votes           0        0%

TOTAL BALLOTS CAST                       309

TOTAL TYPE   1 BALLOTS                   309

PCT 2 (ABS)

## GONZALES COUNTY, TEXAS
## ENERAL ELECTION        NOVEMBER 5, 2002

Total Number Voting            265

STRAIGHT PARTY
( Elect    1)
    REP-REPUBLICAN PARTY            36      13.58%
    DEM-DEMOCRATIC PARTY            37      13.96%
    LIB-LIBERTARIAN PARTY            0       . 0%
    GRN-GREEN PARTY                 1       .37%
    Total Votes Cast              265
    Number Under Votes           191      72.07%
    Number Over Votes              0       . 0%

UNITED STATES SENATOR
( Elect    1)
    REP-JOHN CORNYN                165      62.26%
    DEM-RON KIRK                   87      32.83%
    LIB-SCOTT LANIER JAMESON        0       . 0%
    GRN-ROY H. WILLIAMS             3       1.13%
                                    0       . 0%
    Total Votes Cast              265
    Number Under Votes             10      3.77%
    Number Over Votes              0       . 0%

UNITED STATES REPRESENTATIVE, DIST. 14
( Elect    1)
    REP-RON PAUL                  199      75.09%
    DEM-CORBY WINDHAM              58      21.88%
    Total Votes Cast              265
    Number Under Votes             8       3.01%
    Number Over Votes              0       . 0%

GOVERNOR
( Elect    1)
    REP-RICK PERRY                195      73.58%
    DEM-TONY SANCHEZ              62      23.39%
    LIB-JEFF DAIELL                1       .37%
    GRN-RAHUL MAHAJAN              0       . 0%
                                    2       .75%
    Total Votes Cast              265
    Number Under Votes             5       1.88%
    Number Over Votes              0       . 0%

LIEUTENANT GOVERNOR
( Elect    1)
    REP-DAVID DEWHURST            120      45.28%
    DEM-JOHN SHARP               138      52.07%
    LIB-MARK DAVID SESSNER         2       .75%

```
            Total Votes Cast           265
            Number Under Votes           4      1.50%
            Number Over Votes            0       .0%
```

ATTORNEY GENERAL
( Elect   1)

```
    REP-GREG ABBOTT                162    61.13%
    DEM-KIRK WATSON                 90    33.96%
    LIB-JON ROLAND                   2      .75%
    GRN-DAVID KEITH COBB             0       .0%
```

```
            Total Votes Cast           265
            Number Under Votes          11      4.15%
            Number Over Votes            0       .0%
```

COMPTROLLER OF PUBLIC ACCOUNTS
( Elect   1)

```
    REP-CAROLE KEETON RYLANDER     193    72.83%
    DEM-MARTY AKINS                 55    20.75%
    LIB-BOWIE IBARRA                 4     1.50%
    GRN-RUBEN L. REYES               1      .37%
```

```
            Total Votes Cast           265
            Number Under Votes          12      4.52%
            Number Over Votes            0       .0%
```

COMMISSIONER OF THE GENERAL LAND OFFICE
( Elect   1)

```
    REP-JERRY PATTERSON            140    52.83%
    DEM-DAVID BERNSEN               98    36.98%
    LIB-BARBARA A. HERNANDEZ         4     1.50%
    GRN-MICHAEL B. McINERNEY         0       .0%
```

```
            Total Votes Cast           265
            Number Under Votes          23      8.67%
            Number Over Votes            0       .0%
```

COMMISSIONER OF AGRICULTURE
( Elect   1)

```
    REP-SUSAN COMBS                176    66.41%
    DEM-TOM RAMSAY                  69    26.03%
    LIB-VINCENT J. MAY               1      .37%
    GRN-JANE WOODWARD ELIOSEFF       2      .75%
```

```
            Total Votes Cast           265
            Number Under Votes          17      6.41%
            Number Over Votes            0       .0%
```

RAILROAD COMMISSIONER
( Elect   1)

```
    REP-MICHAEL L. WILLIAMS        150    56.60%
    DEM-SHERRY BOYLES               92    34.71%
    LIB-NAZIRITE FLORES PEREZ        3     1.13%
    GRN-CHARLES L. MAUCH             1      .37%
```

```
            Total Votes Cast           265
```

```
         -TOM PHILLIPS              159      60.00%
        DEM-RICHARD G. BAKER         79      29.81%
        LIB-EUGENE J. FLYNN           3       1.13%
        .......................................
             Total Votes Cast       265
             Number Under Votes      24       9.05%
             Number Over Votes        0        .0%


JUSTICE, SUPREME COURT, PLACE 1
( Elect    1)
        REP-MIKE SCHNEIDER          155      58.49%
        DEM-LINDA YANEZ              77      29.05%
        LIB-QUANAH PARKER             4       1.50%
        .......................................
             Total Votes Cast       265
             Number Under Votes      29      10.94%
             Number Over Votes        0        .0%


JUSTICE, SUPREME COURT, PLACE 2
( Elect    1)
        REP-DALE WAINWRIGHT         151      56.98%
        DEM-JIM PARSONS              83      31.32%
        GRN-BRAD ROCKWELL             1        .37%
        .......................................
             Total Votes Cast       265
             Number Under Votes      30      11.32%
             Number Over Votes        0        .0%


JUSTICE, SUPREME CRT, PLACE 3, UNEX TERM
( Elect    1)
        REP-WALLACE B. JEFFERSON    149      56.22%
        DEM-WILLIAM E. MOODY         89      33.58%
        .......................................
             Total Votes Cast       265
             Number Under Votes      27      10.18%
             Number Over Votes        0        .0%


JUSTICE, SUPREME CRT, PLACE 4, UNEX TERM
( Elect    1)
        REP-STEVEN WAYNE SMITH      150      56.60%
        DEM-MARGARET MIRABAL         87      32.83%
        .......................................
             Total Votes Cast       265
             Number Under Votes      28      10.56%
             Number Over Votes        0        .0%


JUDGE, CRT OF CRIMINAL APPEALS, PLACE 1
( Elect    1)
        REP-TOM PRICE               161      60.75%
        DEM-JOHN W. BULL             74      27.92%
        LIB-STEPHAN KINSELLA          3       1.13%
        GRN-ROBERT C. (ROB) OWEN      1        .37%
        .......................................
             Total Votes Cast       265
             Number Under Votes      26       9.81%
             Number Over Votes        0        .0%
```

JUDGE, CRT OF CRIMINAL APPEALS, PLACE 2
( Elect    1)

```
        REP-PAUL WOMACK                   154      58.11%
        DEM-PAT MONTGOMERY                 81      30.56%
        ....................................................
            Total Votes Cast             265
            Number Under Votes             30      11.32%
            Number Over Votes               0       . 0%
```

JUDGE, CRT OF CRIMINAL APPEALS, PLACE 3
( Elect    1)

```
        REP-CATHY COCHRAN                 175      66.03%
        DEM-J.R. MOLINA                    67      25.28%
        GRN-OLLIE RUTH JEFFERSON            1       .37%
        ....................................................
            Total Votes Cast             265
            Number Under Votes             22       8.30%
            Number Over Votes               0       . 0%
```

MEMBER, STATE BOARD OF EDUCATION, DIST 10
( Elect    1)

```
        REP-CYNTHIA A. THORNTON           170      64.15%
        GRN-LESLEY NICOLE RAMSEY           33      12.45%
        ....................................................
            Total Votes Cast             265
            Number Under Votes             62      23.39%
            Number Over Votes               0       . 0%
```

STATE SENATOR, DISTRICT 18
( Elect    1)

```
        REP-LESTER PHIPPS                  89      33.58%
        DEM-KEN ARMBRISTER                156      58.86%
        LIB-HORACE HENLEY                   1       .37%
        ....................................................
            Total Votes Cast             265
            Number Under Votes             19       7.16%
            Number Over Votes               0       . 0%
```

STATE REPRESENTATIVE, DIST 44
( Elect    1)

```
        REP-EDMUND KUEMPEL                170      64.15%
        ....................................................
            Total Votes Cast             265
            Number Under Votes             95      35.84%
            Number Over Votes               0       . 0%
```

CHIEF JUSTICE, 13TH CRT OF APPEALS DIST
( Elect    1)

```
        REP-BRADFORD M. CONDIT            162      61.13%
        DEM-DORI CONTRERAS GARZA           72      27.16%
        ....................................................
            Total Votes Cast             265
            Number Under Votes             31      11.69%
            Number Over Votes               0       . 0%
```

COUNTY JUDGE

( Elect    1)
    DEM-SANDRA BAKER              199      75.09%

```
................................................
        Total Votes Cast           265
        Number Under Votes          66       24.90%
        Number Over Votes            0        .0%
```

## COUNTY CLERK
( Elect    1)
    REP-LEE RIEDEL              202      76.22%

```
................................................
        Total Votes Cast           265
        Number Under Votes          63       23.77%
        Number Over Votes            0        .0%
```

## COUNTY TREASURER
( Elect    1)
    REP-JULIE CRUMLEY         81      30.56%
    DEM-SHERYL A. BARBORAK    172      64.90%

```
................................................
        Total Votes Cast           265
        Number Under Votes          12        4.52%
        Number Over Votes            0        .0%
```

## COUNTY SURVEYOR
( Elect    1)
    DEM-STEPHEN O. PIRKLE, JR.    187      70.56%

```
................................................
        Total Votes Cast           265
        Number Under Votes          78       29.43%
        Number Over Votes            0        .0%
```

## COUNTY COMMISSIONER, PRECINCT NO.2
( Elect    1)
    REP-DON JAEHNE           127      47.92%
    DEM-JAMES "JIM" KELSO     128      48.30%

```
................................................
        Total Votes Cast           265
        Number Under Votes          10        3.77%
        Number Over Votes            0        .0%
```

## JUSTICE OF THE PEACE, PRECINCT NO.1
( Elect    1)
    DEM-DARRYL BECKER       194      73.20%

```
................................................
        Total Votes Cast           265
        Number Under Votes          71       26.79%
        Number Over Votes            0        .0%
```

.NDMENT NO.1
( Elect    1)
    FOR                173      65.28%
    AGAINST           38      14.33%

```
................................................
        Total Votes Cast           265
```

Number Over Votes                    0        . 0%

ADOPTION OF STOCK LAW PROHIBITING CATTLE
( Elect  1)
    FOR                             177       66.79%
    AGAINST                          46       17.35%

          Total Votes Cast          265
          Number Under Votes         42       15.84%
          Number Over Votes           0        . 0%


TOTAL BALLOTS CAST                  265

TOTAL TYPE  1 BALLOTS               265

09:05:28 11/04/04 Summary Report.

2 PRECINCT 2

# GONZALES COUNTY, TEXAS
## ENERAL ELECTION          NOVEMBER 2, 2004

Total Number Voting          316

STRAIGHT PARTY
```
    REP-REPUBLICAN PARTY          66      20.88%
    DEM-DEMOCRATIC PARTY          85      26.89%
    LIB-LIBERTARIAN PARTY          2        .63%
        Number Over Votes          0      . 0%
        Number Under Votes       163      51.58%
    ......................................
    Total Votes                  316
```

PRESIDENT-VICE PRESIDENT
```
    REP-BUSH/CHENEY              201      63.60%
    DEM-KERRY/EDWARDS            113      35.75%
    LIB-BADNARIK/CAMPAGNA          0      . 0%
    Write In                       0      . 0%
        Number Over Votes          1        .31%
        Number Under Votes         1        .31%
    ......................................
    Total Votes                  316
```

UNITED STATES REPRESENTATIVE, DST. 25
```
    REP-REBECCA A. KLEIN         163      51.58%
    DEM-LLOYD DOGGETT            137      43.35%
    LIB-JAMES WERNER               1        .31%
        Number Over Votes          1        .31%
        Number Under Votes        14       4.43%
    ......................................
    Total Votes                  316
```

RAILROAD COMMISSIONER
```
    REP-VICTOR G. CARRILLO       140      44.30%
    DEM-BOB SCARBOROUGH          144      45.56%
    LIB-ANTHONY GARCIA             8       2.53%
        Number Over Votes          0      . 0%
        Number Under Votes        24       7.59%
    ......................................
    Total Votes                  316
```

```
          REP-HARRIET O'NEILL              191      60.44%
          Number Over Votes                 0        .0%
          Number Under Votes              125      39.55%
          ..........................................
          Total Votes                     '316
```

```
   TICE, SUPREME COURT, PLACE 5
          REP-PAUL GREEN                   197      62.34%
          Number Over Votes                 0        .0%
          Number Under Votes              119      37.65%
          ..........................................
          Total Votes                     316
```

```
   JUSTICE, SUPREME COURT, PLACE 9
          REP-SCOTT BRISTER                164      51.89%
          DEM-DAVID VAN OS                 123      38.92%
          Number Over Votes                 0        .0%
          Number Under Votes               29       9.17%
          ..........................................
          Total Votes                     316
```

```
   JUDGE, CRT OF CRIMINAL APPEALS, PLACE 2
          REP-LAWRENCE "LARRY"MEYERS       189      59.81%
          LIB-QUANAH PARKER                 29       9.17%
          Number Over Votes                 0        .0%
          Number Under Votes               98      31.01%
          ..........................................
          Total Votes                     316
```

```
   JUDGE, CRT OF CRIMINAL APPEALS, PLACE 5
          REP-CHERYL JOHNSON               192      60.75%
          LIB-TOM OXFORD                    25       7.91%
          Number Over Votes                 0        .0%
          Number Under Votes               99      31.32%
          ..........................................
          Total Votes                     316
```

```
   JUDGE, CRT OF CRIMINAL APPEALS, PLACE 6
          REP-MICHAEL E. KEASLER           169      53.48%
          DEM-J.R. MOLINA                  118      37.34%
          Number Over Votes                 0        .0%
          Number Under Votes               29       9.17%
          ..........................................
          Total Votes                     316
```

```
   STATE REPRESENTATIVE, DISTRICT 44
          REP-EDMUND KUEMPEL               186      58.86%
          Number Over Votes                 0        .0%
          Number Under Votes              130      41.13%
          ..........................................
          Total Votes                     316
```

```
   STICE, 13TH COURT OF APPEALS DST.,PL.3
          REP-ALICIA CUELLAR               159      50.31%
          DEM-LINDA YANEZ                  125      39.55%
          Number Over Votes                 0        .0%
          Number Under Votes               32      10.12%
          ..........................................
```

```
DISTRICT JUDGE, 25TH JUDICIAL DISTRICT
     REP-DWIGHT E. PESCHEL              188      59.49%
          Number Over Votes              0       . 0%
          Number Under Votes           128      40.50%
     .........................................
          Total Votes                  316


DISTRICT JUDGE, 2ND 25TH JUDICIAL DIST.
     REP-W.C. (BUD) KIRKENDALL          204      64.55%
          Number Over Votes              0       . 0%
          Number Under Votes           112      35.44%
     .........................................
          Total Votes                  316


DISTRICT ATTORNEY, 25TH JUDICIAL DIST.
     REP-VICKI PATTILLO                 199      62.97%
          Number Over Votes              0       . 0%
          Number Under Votes           117      37.02%
     .........................................
          Total Votes                  316


COUNTY ATTORNEY
     REP-ROBERT B. SCHESKE              219      69.30%
          Number Over Votes              0       . 0%
          Number Under Votes            97      30.69%
     .........................................
          Total Votes                  316


SHERIFF
     DEM-GLEN A. SACHTLEBEN             243      76.89%
          Number Over Votes              0       . 0%
          Number Under Votes            73      23.10%
     .........................................
          Total Votes                  316


COUNTY TAX ASSESSOR-COLLECTOR
     DEM-NORMA JEAN DUBOSE              251      79.43%
          Number Over Votes              0       . 0%
          Number Under Votes            65      20.56%
     .........................................
          Total Votes                  316


CONSTABLE, PRECINCT NO.1
     DEM-KEN HEDRICK                    239      75.63%
          Number Over Votes              0       . 0%
          Number Under Votes            77      24.36%
     .........................................
          Total Votes                  316
```

```
1  09:05:28 11/04/04 Summary Report.


:02 PRECINCT 2 (ABS)
```

# GONZALES COUNTY, TEXAS
# GENERAL ELECTION        NOVEMBER 2, 2004

```
            Total Number Voting        472

  STRAIGHT PARTY
          REP-REPUBLICAN PARTY         112       23.72%
          DEM-DEMOCRATIC PARTY          80       16.94%
          LIB-LIBERTARIAN PARTY          1         .21%
              Number Over Votes         0        . 0%
              Number Under Votes      279       59.11%
  ..........................................
          Total Votes                 472


  PRESIDENT-VICE PRESIDENT
          REP-BUSH/CHENEY             347       73.51%
          DEM-KERRY/EDWARDS           121       25.63%
          LIB-BADNARIK/CAMPAGNA         3         .63%
          Write In                     0        . 0%
              Number Over Votes         0        . 0%
              Number Under Votes        1         .21%
  ..........................................
          Total Votes                 472


  UNITED STATES REPRESENTATIVE, DST. 25
          REP-REBECCA A. KLEIN        265       56.14%
          DEM-LLOYD DOGGETT           185       39.19%
          LIB-JAMES WERNER              4         .84%
              Number Over Votes         0        . 0%
              Number Under Votes       18        3.81%
  ..........................................
          Total Votes                 472


  RAILROAD COMMISSIONER
          REP-VICTOR G. CARRILLO      248       52.54%
          DEM-BOB SCARBOROUGH         176       37.28%
          LIB-ANTHONY GARCIA           14        2.96%
              Number Over Votes         0        . 0%
              Number Under Votes       34        7.20%
  ..........................................
          Total Votes                 472
```

```
                        Number Over Votes          0      . 0%
                        Number Under Votes       140    29.66%
        ...........................................
                Total Votes                      472


JUSTICE, SUPREME COURT, PLACE 5
        REP-PAUL GREEN                           336    71.18%
                Number Over Votes                  0      . 0%
                Number Under Votes               136    28.81%
        ...........................................
                Total Votes                      472


JUSTICE, SUPREME COURT, PLACE 9
        REP-SCOTT BRISTER                        301    63.77%
        DEM-DAVID VAN OS                         133    28.17%
                Number Over Votes                  0      . 0%
                Number Under Votes                38     8.05%
        ...........................................
                Total Votes                      472


JUDGE, CRT OF CRIMINAL APPEALS, PLACE 2
        REP-LAWRENCE "LARRY"MEYERS               326    69.06%
        LIB-QUANAH PARKER                         38     8.05%
                Number Over Votes                  0      . 0%
                Number Under Votes               108    22.88%
        ...........................................
                Total Votes                      472


JUDGE, CRT OF CRIMINAL APPEALS, PLACE 5
        REP-CHERYL JOHNSON                       326    69.06%
        LIB-TOM OXFORD                            36     7.62%
                Number Over Votes                  0      . 0%
                Number Under Votes               110    23.30%
        ...........................................
                Total Votes                      472


JUDGE, CRT OF CRIMINAL APPEALS,- PLACE 6
        REP-MICHAEL E. KEASLER                   312    66.10%
        DEM-J.R. MOLINA                          122    25.84%
                Number Over Votes                  1      .21%
                Number Under Votes                37     7.83%
        ...........................................
                Total Votes                      472


STATE REPRESENTATIVE, DISTRICT 44
        REP-EDMUND KUEMPEL                       338    71.61%
                Number Over Votes                  0      . 0%
                Number Under Votes               134    28.38%
        ...........................................
                Total Votes                      472


JUSTICE, 13TH COURT OF APPEALS DST.,PL.3
        REP-ALICIA CUELLAR                       293    62.07%
        DEM-LINDA YANEZ                          141    29.87%
                Number Over Votes                  0      . 0%
                Number Under Votes                38     8.05%
```

```
DISTRICT JUDGE, 25TH JUDICIAL DISTRICT
      REP-DWIGHT E. PESCHEL            335      70.97%
            Number Over Votes           0       . 0%
            Number Under Votes        137      29.02%
      .......................................
            Total Votes               472


DISTRICT JUDGE, 2ND 25TH JUDICIAL DIST.
      REP-W.C. (BUD) KIRKENDALL        343      72.66%
            Number Over Votes           0       . 0%
            Number Under Votes        129      27.33%
      .......................................
            Total Votes               472


DISTRICT ATTORNEY, 25TH JUDICIAL DIST.
      REP-VICKI PATTILLO               336      71.18%
            Number Over Votes           0       . 0%
            Number Under Votes        136      28.81%
      .......................................
            Total Votes               472


COUNTY ATTORNEY
      REP-ROBERT B. SCHESKE            360      76.27%
            Number Over Votes           0       . 0%
            Number Under Votes        112      23.72%
      .......................................
            Total Votes               472


SHERIFF
      DEM-GLEN A. SACHTLEBEN           350      74.15%
            Number Over Votes           0       . 0%
            Number Under Votes        122      25.84%
      .......................................
            Total Votes               472


COUNTY TAX ASSESSOR-COLLECTOR
      DEM-NORMA JEAN DUBOSE            353      74.78%
            Number Over Votes           0       . 0%
            Number Under Votes        119      25.21%
      .......................................
            Total Votes               472


CONSTABLE, PRECINCT NO.1
      DEM-KEN HEDRICK                  345      73.09%
            Number Over Votes           0       . 0%
            Number Under Votes        127      26.90%
      .......................................
            Total Votes               472
```

| | TOTAL | ALL |
|---|---|---|
| 001 PRECINCT 1 | 510 | 510 |
| 002 PRECINCT 2 | 316 | 316 |
| 003 PRECINCT 3 | 308 | 308 |
| 004 PRECINCT 4 | 277 | 277 |
| 005 PRECINCT 5 | 202 | 202 |
| 006 PRECINCT 6 | 152 | 152 |
| 007 PRECINCT 7 | 107 | 107 |
| 008 PRECINCT 8 | 110 | 110 |
| 009 PRECINCT 9 | 286 | 286  +3 = 289 |
| 010 PRECINCT 10 | 276 | 276 |
| 011 PRECINCT 11 | 54 | 54 |
| 012 PRECINCT 12 | 51 | 51 |
| 13 PRECINCT 13 | 89 | 89 |
| 014 PRECINCT 14 | 15 | 15 |
| 015 PRECINCT 15 | 114 | 114 |
| 001 PRECINCT 1 (ABS) | 960 | 960 |
| 002 PRECINCT 2 (ABS) | 472 | 472 |
| 003 PRECINCT 3 (ABS) | 482 | 482 |
| 004 PRECINCT 4 (ABS) | 157 | 157  +2 = 159 |
| 005 PRECINCT 5 (ABS) | 161 | 161 |
| 006 PRECINCT 6 (ABS) | 120 | 120  +1 = 121 |
| 007 PRECINCT 7 (ABS) | 102 | 102 |
| 008 PRECINCT 8 (ABS) | 92 | 92 |
| 009 PRECINCT 9 (ABS) | 206 | 206 |
| 010 PRECINCT 10 (ABS) | 66 | 66 |
| 11 PRECINCT 11 (ABS) | 62 | 62 |
| 012 PRECINCT 12 (ABS) | 63 | 63 |
| 013 PRECINCT 13 (ABS) | 110 | 110 |
| 014 PRECINCT 14 (ABS) | 36 | 36 |

# TAB M

Exhibit M

Analysis of Grant
Losing Margin

| Votes Cast 2006 Election by Polling Place and Candidate | | | |
|---|---|---|---|
| Voting Box | Grant-Poll | Brzozowski-Poll | Grant Margin at Poll |
| 2 | 110 | 143 | -33 |
| 9 | 96 | 88 | 8 |
| 11 | 11 | 37 | -26 |
| | 217 | 268 | -51 |
| | Grant-Early | Brzozowski-Early | Grant Margin-Early |
| 2 | 246 | 277 | -31 |
| 9 | 120 | 148 | -28 |
| 11 | 12 | 47 | -35 |
| | 378 | 472 | -94 |
| | Total Grant | Total Brzozowski | Grant Margin-Total |
| 2 | 356 | 420 | -64 |
| 9 | 216 | 236 | -20 |
| 11 | 23 | 84 | -61 |
| | 595 | 740 | -145 |

# TAB III

## III.
## SUBMITTING AUTHORITY, STATUTORY AUTHORIZATION
## FOR CHANGE, AND PROCEDURES UTILIZED FOR CHANGE

The executive authority for Gonzales County is the Commissioners Court. This governmental body is a creature of the Texas Constitution (Article V, Section 18) composed of the County Judge, elected from the County as a whole; and four Commissioners, each elected from a geographic region of the County.

The Commissioners Court is possessed of executive, judicial, and legislative powers granted by the Texas Constitution, as enabled by Legislative enactment.

Among the duties imposed upon the Commissioners Court is the responsibility for establishment of county election precincts and polling places. See Chapter 43, Texas Election Code. A copy of this Chapter of the Texas Election Code is attached under this Tab III, and incorporated herein by reference.

Section 43.002 Texas Election Code vests responsibility for designation of polling places for use in General and Special Elections. Primary Elections are the responsibility of the respective political parties. (See §43.003 Texas Election Code.)

Polling places are preferably located in a 'public building', but this is not always possible. Both the American Legion Building, and the Emmanuel Fellowship are private buildings. (See §43.031, Texas Election Code.)

In any case, the polling place must be accessible to the public. (See §43.034 Texas Election Code.)

State law provides procedures for relocating a polling place. (See §43.061 and §43.062 Texas Election Code.) These procedures were generally followed by Gonzales County in March of 2006, when the American Legion was unavailable. It should be noted that the notice posted by the County Judge (See Exhibit A) was technically the responsibility of the party chairman, but the important operative fact is that notice was posted at the American Legion regarding the change of location to Emmanuel Fellowship for the March election.

The use of the Emmanuel Fellowship for the April 11, 2006 runoff was the second use of this polling place in successive elections (the first being the March 7, 2006 primary election.)

On November 7, 2006, once again the Emmanuel Fellowship was utilized as the polling place for the General Election. This was the third successive election use of this polling place.

Each use of Emmanuel Fellowship as a polling place was accompanied by public notice as indicated by exhibits under Tab I, and ample public notice in newspapers of general circulation in the County.

# GONZALES COUNTY, TEXAS



**DAVID BIRD**
County Judge

**SHARRON MASON**
Court Assistant

(830) 672-2327
Fax (830) 672-5477
Email: countycourt@gvec.net

**COMMISSIONERS:**

K.O. (Dell) Whiddon ...................... Precinct No. 1
Donnie R. Brzozowski ..................... Precinct No. 2
Kevin T. La Fleur ........................... Precinct No. 3
Otis S. (Bud) Wuest ....................... Precinct No. 4

414 ST. JOSEPH STREET
SUITE 200
GONZALES, TEXAS 78629

Facsimile
512-480-0902

January 11, 2007

Bob Bass
Allison, Bass & Associates, L.L.P.
402 W. 12th Street
Austin, Texas 78701

Re:     Grant vs. Gonzales County

Dear Mr. Bass:

Please note the following concerning the current and the proposed Precinct #2 voting sites for Gonzales County:

1.     The American Legion Post No. 12 is located at 1612 N. Robertson Street. The building is 250 ft. off of Robertson Street. There is one wide entrance in the front with steps which is not ADA compliant. There is an entrance in the rear of the building which is ADA compliant. The building is currently in the process of being sold to WalMart and will not be available for use as a voting site for future elections.

2.     The proposed voting site for Pct. #2 is the Emmanuel Fellowship and is located at 1817 St. Lawrence Street. There are two entrances which are ADA compliant. The building has two ADA compliant restrooms, men and women. The building is 250 ft. off of Fair Street and 400 ft. off of St. Lawrence Street making it accessible from two directions.

If you need any further information regarding these two locations, please give me a call.

Sincerely,

David Bird
County Judge

DB/sm

**RECEIVED**

JAN 1 1 2007

Westlaw.

**Effective: [See Text Amendments]**

Vernon's Texas Statutes and Codes Annotated Currentness
  Election Code (Refs & Annos)
    Title 4. Time and Place of Elections
    → Chapter 43. Polling Places
        Subchapter A. Number and Location of Polling Places

**§ 43.001. One Polling Place in Each Precinct**

Each election precinct established for an election shall be served by a single polling place located within the boundary of the precinct.

**Effective: September 01, 2005**

**§ 43.002. Designation of Location: General or Special Election Using County Precincts**

(a) For a general or special election in which the use of county election precincts is required, the county clerk shall recommend the location of the polling place for each county election precinct, except as provided by Subsection (b). The commissioners court shall designate the recommended location as the polling place unless the court finds good cause to reject the recommendation. In that case, the commissioners court shall designate another location.

(b) If county election precincts are consolidated, the commissioners court shall designate the location of the polling place for the consolidated precinct.

(c) In making a designation under this section, the commissioners court of a county with a population of more than 175,000 may not designate a location as a polling place that would require a voter in the precinct to travel more than 25 miles from the voter's residence to the polling place.

**Effective: [See Text Amendments]**

**§ 43.003. Designation of Location: Primary Election**

The county chair of a political party holding a primary election shall designate the location of the polling place for each election precinct in the primary unless the precinct is one that is consolidated. In that case, the county executive committee shall designate the location.

**Effective: September 01, 2005**

**§ 43.004. Designation of Location: Elections of Other Political Subdivisions**

(a) The governing body of each political subdivision authorized to hold elections, other than a county, shall designate the location of the polling place for each of its election precincts.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(b) If a political subdivision not located in a county with a population of more than 3.3 million or a county adjacent to a county with a population of more than 3.3 million holds an election on the November uniform election date, the political subdivision shall designate as the polling places for the election the regular county polling places in the county election precincts that contain territory from the political subdivision.

**Effective: [See Text Amendments]**

**§ 43.005. Designation of Location: Certain Special Elections**

The authority establishing election precincts under Section 42.062 shall designate the location of the polling place for each precinct.

**Effective: [See Text Amendments]**

**§ 43.006. Conflicts With Other Law**

A law outside this subchapter supersedes this subchapter to the extent of any conflict.

**Effective: September 01, 2005**

**§ 43.007. Countywide Polling Place Pilot Program**

<Text of section effective until January 2, 2007>

(a) The secretary of state shall implement a pilot program to evaluate the use of countywide polling places for the general election for state and county officers as an alternative to the polling place located in each county election precinct.

(b) The commissioners court of a county that desires to participate in the pilot program authorized by this section shall hold a public hearing on the county's participation in the pilot program. The commissioners court shall submit a transcript or electronic recording of the public comments made at the hearing to the secretary of state. The secretary of state may consider the public comments when selecting counties to participate in the pilot program.

(c) In conducting the pilot program, the secretary of state shall provide for an audit of the direct recording electronic voting units before and after the election, and during the election to the extent such an audit is practicable.

(d) The secretary of state shall select to participate in the program one or more counties that:

(1) have held a public hearing under Subsection (b);

(2) have implemented a computerized voter registration list that allows an election officer at the polling place to verify that a voter has not otherwise voted in the election;

(3) use direct recording electronic voting machines; and

(4) are determined by the secretary of state to have the appropriate technological capabilities.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(e) At the conclusion of the pilot program established under Subsection (a), but not later than January 1, 2007, the secretary of state shall file a report with the legislature. The report may include the secretary of state's recommendations on the future use of countywide polling places and suggestions for permanent statutory authority regarding countywide polling places.

(f) This section expires January 2, 2007.

**Effective: [See Text Amendments]**

**[Sections 43.008 to 43.030 reserved for expansion]**

**Effective: [See Text Amendments]**

**[Sections 43.008 to 43.030 reserved for expansion]**

**Effective: June 20, 2003**

**Subchapter B. Building for Use as Polling Place**

**§ 43.031. Polling Place in Public Building**

(a) In this subchapter, "public building" means a building owned or controlled by the state or a political subdivision.

(b) Each polling place shall be located inside a building.

(c) The building selected for a polling place shall be a public building if practicable. The entity that owns or controls a public building shall make the building available for use as a polling place in any election that covers territory in which the building is located. If more than one authority requests the use of the building for the same day and simultaneous use is impracticable, the entity that owns or controls the building shall determine which authority may use the building.

(d) If a suitable public building is unavailable, the polling place may be located in some other building, including a building on a federal military base or facility with the permission of the post or base commander, and any charge for its use is an election expense. A polling place may not be located in a building under this subsection unless electioneering is permitted on the building's premises outside the prescribed limits within which electioneering is prohibited, except that a polling place may be located in a building at which electioneering is not permitted if it is the only building available for use as a polling place in the election precinct.

(e) A polling place may not be located at the residence of a person who is:

(1) a candidate for an elective office, including an office of a political party; or

(2) related within the third degree by consanguinity or the second degree by affinity, as determined under Chapter 573, Government Code, to a candidate described by Subdivision (1).

**Effective: [See Text Amendments]**

**§ 43.032. Building Acquired by County for Polling Place**

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.