IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL GRANT, *et al.* | § | |
| Plaintiffs, | § | |
| vs. | § | Civil Action No. SA-06-CA-1099-FB |
| | § | |
| GONZALES COUNTY, | § | |
| Defendant. | § | |

## UNOPPOSED MOTION TO DISMISS UNDER RULE 41(a)(2)
## BY PLAINTIFF LESLIE HASTINGS

As authorized by Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Leslie Hastings hereby moves to dismiss his claims in this action against Defendant Gonzales County.  In communications between counsel on January 26, 2007, Gonzales County has indicated that it does not oppose this Rule 41 motion.  Mr. Hastings urges prompt disposition of this motion.

Wherefore, Leslie Hastings moves for entry of an order dismissing his claims without prejudice.

Respectfully submitted,

___/s/ *Renea Hicks*_____
Max Renea Hicks
Attorney at Law
State Bar No. 09580400

101 West 6th Street
Suite 504
Austin, Texas 78701
(512) 480-8231
fax (512) 480-9105
e-mail: rhicks@renea-hicks.com

ATTORNEY FOR PLAINTIFFS GRANT,
FRYER, AND HASTINGS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of January, 2007, I forwarded a copy of the foregoing pleading on the following counsel by means of the electronic filing system of the Court:

Robert T. Bass
ALLISON, BASS & ASSOCIATES L.L.P.
A.O. Watson House
402 W. 12th Street
Austin, Texas 78701.

_____/s/ *Renea Hicks*_____
Max Renea Hicks