IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUSSELL GRANT, *et al.* | § | |
| *Plaintiffs*, | § | |
| vs. | § | Civil Action No. SA-06-CA-1099-FB |
| | § | |
| GONZALES COUNTY, | § | |
| *Defendant*. | § | |

**ORDER**

On this day came before the Court the Unopposed Motion to Dismiss Under Rule 41(a)(2) by Plaintiff Leslie Hastings ("Hastings Rule 41 Motion").

It is hereby ORDERED that the Hastings Rule 41 Motion is GRANTED and that all claims in this action by Plaintiff Leslie Hastings are hereby DISMISSED WITHOUT PREJUDICE.

SIGNED this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE