IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| RUSSELL GRANT, *et al.* § | |
| *Plaintiffs*, § | |
| vs. § | Civil Action No. SA-06-CA-1099-FB |
| § | |
| GONZALES COUNTY, § | |
| *Defendant*. § | |

**AGREED FINAL JUDGMENT**

On this day came before the Court the Joint Motion by All Parties for Entry of Agreed Final Judgment ("Joint Dismissal Motion"). After giving due consideration to the Joint Dismissal Motion, particularly the fact that all remaining parties in this action join in it, the Court hereby determines as follows:

It is ORDERED that the parties' Joint Dismissal Motion is GRANTED. It is FURTHER ORDERED as follows:

1. Within fifteen days of entry of this Agreed Final Judgment, the County shall pay Plaintiff Russell Grant $565.00 in reimbursement of court costs he has incurred in this litigation.

2. Within fifteen days of entry of this Agreed Final Judgment, the County shall pay attorney fees incurred by the plaintiffs in connection with this litigation in the amount of $935.00 by delivering a check in that amount, made payable to the attorney for the plaintiffs in this action, to plaintiffs' attorney, Renea Hicks.

3. The claims of Plaintiffs Grant and Fryer in this action are hereby DISMISSED WITH PREJUDICE. This is a FINAL JUDGMENT, concluding all issues in the case, and this case is closed.

SIGNED this _____ day of February, 2007.

2

_____
UNITED STATES DISTRICT JUDGE