IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 15 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| RUSSELL GRANT, LAWRENCE W. FRYER, and LESLIE HASTINGS, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-06-CA-1099-FB |
| GONZALES COUNTY, TEXAS, | § § § | |
| Defendant. | § | |

## ORDER RE-OPENING CASE AND ENTRY OF AGREED FINAL JUDGMENT

Before the Court is the Joint Motion by All Parties for Entry of Agreed Final Judgment filed February 13, 2007 (docket #16). Plaintiffs Russell Grant and Lawrence Fryer and defendant Gonzales County move for the entry of an Agreed Final Judgment. Previously, on January 30, 2007, the Court stayed and administratively closed the case pending further order of the Court after granting plaintiff Leslie Hastings' unopposed motion to dismiss (docket #15). Therefore, the case is hereby re-opened in order to enter the Agreed Final Judgment requested by the parties.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion by All Parties for Entry of Agreed Final Judgment (docket #16) is GRANTED such that:

1. Within fifteen (15) days of entry of this Agreed Final Judgment, Gonzales County shall pay plaintiff Russell Grant the sum of $565.00 in reimbursement of court costs he has incurred in this litigation.

2. Within fifteen (15) days of entry of this Agreed Final Judgment, Gonzales County shall pay attorney's fees incurred by the plaintiff in connection with this litigation in the sum of $935.00 by delivering a check in that amount, made payable to the attorney for the plaintiffs in this action, to plaintiffs' attorney, Renea Hicks.

3. The claims of plaintiffs Russell Grant and Lawrence W. Fryer in this action are DISMISSED WITH PREJUDICE. This is a final judgment which concludes all issues in the case.

4. The case is hereby CLOSED.

It is so ORDERED.

SIGNED this  15th  day of February, 2007.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE